# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL CONTINUED

Schwan's,

Plaintiff,

v.

SigPack, Inc.,

Defendant.

**COURT MINUTES**
Case Number: 01cv263 (JNE/

Date: December 7, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 10:10 a.m.
Time Concluded: 7:00 p.m.
Time in Court: 5 Hours & 55 Minutes

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Michael Hutchens, Jennifer Ampulski, Chad Stepan
For Defendant: James Mewborn, Paul Darsow, Geoffrey Jarpe

PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled
9 Opening statements by both parties.
: **JURY Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses:
: Defendant's witnesses: **Robert Mayo**
9 Plaintiff rests. : Defendant rests.
**Charge conference.**
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

9 Court's Ruling:
9 Judgment in favor of Plaintiff.
9 Judgment in favor of Defendant.

IT IS ORDERED:

- 9 Oral motion to dismiss for judgment as a matter of law.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk