UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schwan's Sales Enterprises, Inc.,

Plaintiff and
Counterclaim Defendant,

v.

Civil No. 01-263 (JNE/AJB)
**SPECIAL VERDICT FORM**

SIG Pack, Inc., Doboy Division,
Defendant and
Counterclaim Plaintiff.

---

1. Did SIG Pack, Inc., Doboy Division breach its contract with Schwan's Sales Enterprises, Inc.?

Yes
Yes or No

2. If your answer to question 1 was "Yes," then answer this question: Did SIG Pack, Inc., Doboy Division's breach of the contract directly cause damage to Schwan's Sales Enterprises, Inc.?

Yes
Yes or No

3. Did SIG Pack, Inc., Doboy Division's limited remedy of repair or replacement fail of its essential purpose?

Yes
Yes or No

4. Unless you find that the limited remedy failed of its essential purpose, you may not award incidental or consequential damages.

If your answer to question 2 or question 3 was "Yes," then answer this question: What amount of money will fairly and reasonably compensate Schwan's Sales Enterprises, Inc., for the damages it sustained?

$ 524,746

SCANNED
DEC 1 2 2005
U.S. DISTRICT COURT MPLS

5. Did Schwan's Sales Enterprises, Inc., breach its contract with SIG Pack, Inc., Doboy Division?

No
Yes or No

6. If your answer to question 5 was "Yes," then answer this question: Did Schwan's Sales Enterprises, Inc.'s breach of the contract directly cause damage to SIG Pack, Inc., Doboy Division?

________________
Yes or No

7. If your answer to question 6 was "Yes," then answer this question: What amount of money will fairly and reasonably compensate SIG Pack, Inc., Doboy Division for the damages it sustained?

$________________

PLEASE SIGN AND DATE THIS FORM. THANK YOU.

Dated: Dec. 9, 2005

Sarah J. Schanus
Jury Foreperson