AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Schwan's
v.
SigPack Inc.

Court
EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 01 CV 263 (JNE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ericksen | Chad Stepan | Geoff Jarpe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | M. Weinbeck | Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12-8-05 | 1 | | Question from jury |
| | | 12-8-05 | 2 | | Question / Answer jury |

SCANNED
DEC 1 2 2005
U.S. DISTRICT COURT MPLS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Dear Judge Ericksen -

Could I please make a phone call to my husband because he needs to know when to pick me up from the District Court? I need to ask him about child care for our children too -

Sarah Shanus

Also - We plan to leave at 5:00 pm - okay?

Ct. exh. 1
01 cv 263

Dear Judge Ericksen -

Would it be okay if we meet at 8:30 am on Friday Dec. 9th. Because some of us have travel plans on that evening and prior commitments?

We could be in the Jury Assembly Room at 8:30 am -

Sarah L Shanus

Sure - you may set your own hours. Just let the bailiff know what time you're coming in. Good evening!

Judge Ericksen

Ct Exh. 2
01CV 263