UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Doboy

SIG Pack, Inc., Doboy Division,

Civil No. 01-SC-263 JNE-AJB

Plaintiff and
Counterclaim Defendant,

vs.

Schwan's Sales Enterprises, Inc.,

Defendant and
Counterclaim Plaintiff.

## PLAINTIFF AND COUNTERCLAIM TRIAL DEFENDANT'S EXHIBIT LIST

| Plf. No. | Def. No. | Date Offered | Mark | Admit | Description of Exhibits/ Witnesses |
|---|---|---|---|---|---|
| | 1 | | 12-5 | R | Email from Mike Christensen to Marion Dome Re: SSE, Florence improve efficiency (Deposition Exhibit 1) |
| | 2 | | | | Letter from Mike Christensen to Marion Dome Re: installation/ commission costs (Deposition Exhibit 2) |
| | 3 | | | | Letter from Marion Dome to Mike Christensen in response to his of 09/08/99 (Deposition Exhibit 3) |
| | 4 | | | | Email from Marion Dome to Mohamed Basma Re: Doboy support in Kentucky (Deposition Exhibit 4) |
| | 5 | | 12-5 | R | Letter from Christensen to Dome re: restitution for expenses incurred during installation and commissioning process (Deposition Exhibit 5) |
| | 6 | | | | Email from Basma to Dome & Johnson re "crewing" on L4 (Deposition Exhibit 6) |
| | 7 | | | | Email from Basma to Dome re: Process Engineer (Deposition Exhibit 7) |

SCANNED
DEC 1 2 2005
U.S. DISTRICT COURT MPLS

| | | | | | |
|---|---|---|---|---|---|
| | 8 | | | | Email from Basma to Dome & Johnson re legal helping draft notice to Doboy to correct problem (Deposition Exhibit 8) |
| | 9 | | | | Letter from Basma to Heilhecker re: equipment is not packaging to specified rates (Deposition Exhibit 9) |
| | 10 | | | | Letter from Heilhecker to Basma re: summary of 12/8/99 meeting (Deposition Exhibit 10) |
| | 11 | | | | Letter from Basma to Heilhecker re wrappers must do 220 PPM regardless of infeed rate (Deposition Exhibit 11) |
| | 12 | | | | Email from Dome to McCormack, et al. With 12/8/99 meeting minutes (Deposition Exhibit 12) |
| | 13 | | 12-1 | (R) | Fax from Heilhecker to Dome re recap of meeting (12/8/99) (Deposition Exhibit 13) |
| | 14 | | | | Letter from Heilhecker to Basma re efficiency and payment for training (Deposition Exhibit 14) |
| | 15 | | 12-1 | (R) | Letter from Bowerman to Dome re 1/6/00 meeting in Florence (Deposition Exhibit 15) |
| | 16 | | | | Letter from Mohamed Basma to Bill Heilhecker Re: Delta Systems proposal (Deposition Exhibit 16) |
| | 17 | | 12-1 | (R) | Letter from Bill Heilhecker to Mohamed Basma responding to 01/17/00 letter (Deposition Exhibit 17) |
| | 18 | | | | Letter from Basma to Heilhecker re need to fix problems (Deposition Exhibit 18) |
| | 19 | | 12-1 | (R) | Email from Marion Dome to Mohamed Basma and Mike Christensen Re: Problems & proposed solutions for SSE, Florence, Line 4 (Deposition Exhibit 19) |
| | 20 | | 12-5 | (R) | Letter from Bower to Basma re line 4 issues (Deposition Exhibit 20) |
| | 21 | | | | Letter from Bowerman to Basma re lack of consistent product supply (Deposition Exhibit 21) |
| | 22 | | | | 2/15/00 meeting minutes re Doboy issues (Deposition Exhibit 22) |

| | | | | | |
|---|---|---|---|---|---|
| | 23 | | | | Letter from Terry Palmer to Marion Dome Re: Proposal information forthcoming (Deposition Exhibit 23) |
| | 24 | | 1130 | [illegible] | Letter from Steve Deaton to Brian Guynn Re: Request for Quote #8108 (Deposition Exhibit 24) |
| | 25 | | | | Change Order Forms (Deposition Exhibit 25) |
| | 26 | | | | The Front End - Baker and The Back End - Processing & Packaging Diagram (Deposition Exhibit 26) |
| | 27 | | | | Email from Karen Albrecht to Don Johnson & Mohamad Basma attaching Report (Deposition Exhibit 27) |
| | 28 | | | | Riser Costs of Equipment LATEST (Deposition Exhibit 28) |
| | 29 | | | | Simplified Process Flow Diagram - Line 4 Riser (Deposition Exhibit 29) |
| | 30 | | | | Email from Don Johnson to Kristie Heis, Kevin Moran & Vince Korver Re: Dough Ball Oiling (Deposition Exhibit 30) |
| | 31 | | | | Email exchange from Mohamed Basma Re: Plan for Testing for Product Development (Deposition Exhibit 31) |
| | 32 | | | | Memo from Vince Korver to Mohamed Basma Re: Bake to Rise Project (Deposition Exhibit 32) |
| | 33 | | | | Email from Mohamed Basma to Margaret Olafson attaching bakery equipment punch list (Deposition Exhibit 33) |
| | 34 | | | | Email from Kristie Heis attaching Bake to Rise Daily Report (Deposition Exhibit 34) |
| | 35 | | | | Email from Jerry Pauley attaching time loss report (cause & solution) (Deposition Exhibit 35) |
| | 36 | | | | Email from Jerry Pauley Re: Line 4 VMI Miser problems (Deposition Exhibit 36) |
| | 37 | | | | Letter from Rich Naegele to Don Johnson Re: Electrical back charges (Deposition Exhibit 37) |

| | | | | | |
|---|---|---|---|---|---|
| | 38 | | | | Email from Don Johnson to Mohamed Basma Re: Sixth Press (Deposition Exhibit 38) |
| | 39 | | | | Email from Don Johnson to Mohamed Basma Re: Crewing L4 (Deposition Exhibit 39) |
| | 40 | | | | Bake to Rise Process Recommendations (Deposition Exhibit 40) |
| | 41 | | | | Email from Jerry Pauley to Tom Becker Re: Problems with servo (Deposition Exhibit 41) |
| | 42 | | | | Email from Gaelle Denais-Kruse Re: Line 4 downtime and waste and attaching two Excel spreadsheets (Deposition Exhibit 42) |
| | 43 | | | | Riser Bakery Report - January 2000 (Deposition Exhibit 43) |
| | 44 | | 12-1 | (R) | Email from Marion Dome to Mohamed Basma RE: 1/21/00 Design Review Meeting (Deposition Exhibit 44) |
| | 45 | | | | Line 4 Action Log - Open Issues (Deposition Exhibit 45) |
| | 46 | | | | Memo from Don Johnson to Mohamed Basma Re: Bake to Rise Line Florence Kentucky (Deposition Exhibit 46) |
| | 47 | | | | Email from Gaelle Denais-Kruse RE: Update on To Do List for VMI (Deposition Exhibit 47) |
| | 48 | | | | Fax from Don Johnson to Mohamed Basma Ingredient chart (Deposition Exhibit 48) |
| | 49 | | | | Letter from Steve Reid to Marion Dome Re: Thiele Inquiry No. 64695-R2 (Deposition Exhibit 49) |
| | 50 | | | | Proposed Equipment to Feed Corrugated Pizza Boards Re: Thiele Inquiry No. 64695-R2 (Deposition Exhibit 50) |
| | 51 | | 11-30 | R | Email from Marion Dome to Mohamed Basma Re: Pick N Place Units (Deposition Exhibit 51) |
| | 52 | | 12-1 | R | Weekly Review ending November 5, 1999 (Deposition Exhibit 52) |

| | | | | | |
|---|---|---|---|---|---|
| | 53 | | | | Email from Marion Dome to Jerry Pauley & Randy Ingolia Re: Thiele Modifications (Deposition Exhibit 53) |
| | 54 | | 12-1 | R | Email from Mike Winkelman attaching meeting notes of Line 4 Observations, Florence, KY (Deposition Exhibit 54) |
| | 55 | | | | Email from Marion Dome to Curtis Packaging Machinery, Inc. Re: clarification of Line 4 Observations (Deposition Exhibit 55) |
| | 56 | | 12-1 | R | Email from Mohamed Basma to Marion Dome Re: Line 4, System Solutions (Deposition Exhibit 56) |
| | 57 | | | | Letter from Delta Systems, Inc. to Mohamed Basma enclosing Quotations (Deposition Exhibit 57) |
| | 58 | | | | Delta Systems, Inc. Quotation 2538 (Deposition Exhibit 58) |
| | 59 | | | | Fax from Marion Dome to Mohamed Basma attaching Delta Systems' addendum 1 to quotation 2552 (Deposition Exhibit 59) |
| | 60 | | | | Delta Systems, Inc.'s Quotation 2552b (Deposition Exhibit 60) |
| | 61 | | | | Email from Mohamed Basma to Bill McCormack Re: Line 4 packaging modifications (Deposition Exhibit 61) |
| | 62 | | | | Email from Marion Dome to Mohamed Basma attaching Delta Systems' Post Install Plan (Deposition Exhibit 62) |
| | 63 | | 11-30 | R | The Dennis Group Bakery & Assembly Line Improvement Project Engineering Study (DRAFT) (Deposition Exhibit 63) |
| | 64 | | 11-30 | R | Bake to Rise Modification form (Deposition Exhibit 64) |
| | 65 | | 11-30 | R | Production Line #4 Points of Discussion (Deposition Exhibit 65) |
| | 66 | | | | Line 4 Purchase Orders for Doboy Equipment (Deposition Exhibit 66) |

| | | | | | |
|---|---|---|---|---|---|
| | 67 | | | | Letter from Jake Bushey, Delta Systems, to Randy Ingolia Re: efficiency of line (Deposition Exhibit 67) |
| | 68 | | | | Email from Randy Ingolia to Jake Bushey RE: Payment (Deposition Exhibit 68) |
| | 69 | | | | Letter from Jack Bushey to Randy Ingolia RE: Payment of 80% or original contract (Deposition Exhibit 69) |
| | 70 | | 11-30 | R | Email from Randy Ingolia to Mohamed Basma attaching hit lists from January & April (Deposition Exhibit 70) |
| | 71 | | 11-30 | R | Email from Randy Ingolia to Mohamed Basma Re: payment to Delta Systems (Deposition Exhibit 71) |
| | 72 | | | | Delta Throughput Forms (Deposition Exhibit 72) |
| | 73 | | | | Email from Jake Bushey to Mohamed Basma attaching quote to accumulation system and drawing (Deposition Exhibit 73) |
| | 74 | | | | Email from Tony Graves to Mohamed Basma Re: proposal for the wrapping area (Deposition Exhibit 74) |
| | 75 | | | | Fax from Liam Buckley to Mohamed Basma attaching letter with work description and payment terms from Delta Systems (Deposition Exhibit 75) |
| | 76 | | 11-30 | R | Line #4 Improvements - Delta Systems Summary Scope of Work Wrapper Modifications & Control Requirements w/ meeting notes (Deposition Exhibit 76) |
| | 77 | | | | Memo from Randy Ingolia RE: Summary of Delta meeting (Deposition Exhibit 77) |
| | 78 | | | | Letter from Mohamed Basma to Jake Bushey attaching 2 signed copies of the revision of quote and addendum to Line 4 improvements (Deposition Exhibit 78) |
| | 79 | | | | Email from Randy Ingolia to Mohamed Basma Re: signed agreement will be forthcoming (Deposition Exhibit 79) |

| | | | | | |
|---|---|---|---|---|---|
| | 80 | | | | Email from Dome to Basma re BTR concerns (Deposition Exhibit 80) |
| | 81 | | | | Email from Dome to Basma re list of issues re new riser line (Deposition Exhibit 81) |
| | 82 | | | | Letter from Palmer to Dome with packaging system floor plan (Deposition Exhibit 82) |
| | 83 | | | | Letter from Palmer to Deaton enclosing Proposal #853502 and #853502-729 (Deposition Exhibit 83) |
| | 84 | | | | Letter from Palmer to Dome with amendment to Proposal #853502-764 (Deposition Exhibit 84) |
| | 85 | | | | Fax from Albrecht to Palmer confirming purchase order (Deposition Exhibit 85) |
| | 86 | | | | Letter from Palmer to Dome re P.O. and enclosing specs and customer acknowledgment (Deposition Exhibit 86) |
| | 87 | | | | Letter from Palmer to Dome re 3:3 merger system (Deposition Exhibit 87) |
| | 88 | | 12-5 | R | Email from Palmer to Dome re product flow and sauce applicator speed (Deposition Exhibit 88) |
| | 89 | | | | Email from Dome to Basma re: purchase order (Deposition Exhibit 89) |
| | 90 | | | | Letter from Palmer to Dome re: down payment check not yet received (Deposition Exhibit 90) |
| | 91 | | 12-5 | R | Email from Christensen to Dome re possibility of adding accumulator (Deposition Exhibit 91) |
| | 92 | | | | Email from Basma to Dome re film problems in wrapper (Deposition Exhibit 92) |
| | 93 | | | | Horizontal Wrapping Systems Brochure (Deposition Exhibit 93) |
| | 94 | | | | Fax from Brian Guynn to Terry Palmer attaching Steve Deaton letter and Requests for Quote #8108, 8109, and 8110 (Deposition Exhibit 94) |
| | 95 | | | | Requests for Quote #8108, 8109, 8110, 8111 (Deposition Exhibit 95) |

| | | | | | |
|---|---|---|---|---|---|
| | 96 | | R-1 | C | Letter from Terry Palmer to Marion Dome re: amendment to Proposal No. 853502-764 (Deposition Exhibit 96) |
| | 97 | | | | Letter from Terry Palmer to Marion Dome enclosing invoices and acknowledgments of change notices (Deposition Exhibit 97) |
| | 98 | | | | Lane Merger Proposal, Proposal #953502-209 (Deposition Exhibit 98) |
| | 99 | | | | Change Order Forms (No. 20655) (Deposition Exhibit 99) |
| | 100 | | | | Formal Quotation Floor Plan Drawing (Deposition Exhibit 100) |
| | 101 | | | | Line 4 Purchase Orders for Doboy Equipment (Deposition Exhibit 101) |
| | 102 | | | | Formal Quotation Floor Plan Drawing (Deposition Exhibit 102) |
| | 103 | | | | Email from Mike Christensen to Marion Dome attaching updated task list for SSE, Florence (Deposition Exhibit 103) |
| | 104 | | | | SSE, Florence Meeting Minutes (Deposition Exhibit 104) |
| | 105 | | | | Email from Mohamed Basma to Marion Dome attaching Summarized Task List (Deposition Exhibit 106) |
| | 106 | | | | Email from Mike Christensen to Bill Heilhecker re: task list assignments (Deposition Exhibit 107) |
| | 107 | | | | Email from Keenan Stahl to Mike Christensen with notes from SSE performance evaluation meeting (Deposition Exhibit 109) |
| | 108 | | | | Email meeting request (Deposition Exhibit 110) |
| | 109 | | | | Engineering Review of Riser Project (Deposition Exhibit 111) |
| | 110 | | | | Sequence of Operation Tony's Pizza (Deposition Exhibit 112) |
| | 111 | | | | SSE 3:2 Converger statistics (Deposition Exhibit 113) |

| | | | | | |
|---|---|---|---|---|---|
| | 112 | | | | Conveyor Schematic (Deposition Exhibit 114) |
| | 113 | | | | Floor Plan Schematic (Deposition Exhibit 115) |
| | 114 | | | | Letter to Dome from Christensen (Deposition Exhibit 116) |
| | 115 | | | | Letter to Christensen from Dome re: Christensen's letter of 09/08/99 (Deposition Exhibit 117) |
| | 116 | | | | Drawing (Deposition Exhibit 118) |
| | 117 | | | | Floor Plan Schematic (Deposition Exhibit 119) |
| | 118 | | | | Email to Lehrke, et al, from Christensen re: Notes from Thiele interface meeting 05/05/99 (Deposition Exhibit 120) |
| | 119 | | | | Letter to Heilhecker from Basma re: merging, overwrapping diverging system (Deposition Exhibit 122) |
| | 120 | | | | Recap of Meeting w/Doboy on 12/08/99 (Deposition Exhibit 123) |
| | 121 | | | | Letter from Heilhecker to Basma re: meeting of 12/08/99 (Deposition Exhibit 124) |
| | 122 | | | | Minutes from 02/15/00 meeting w/Doboy (Deposition Exhibit 125) |
| | 123 | | | | Email from Stahl to Dome & Christensen re: 3:2 Issues Line 4 Doboy (Deposition Exhibit 126) |
| | 124 | | | | 3:3 Problems; Possible Causes; and Solutions - Handwritten notes (Deposition Exhibit 127) |
| | 125 | | | | SSE, Florence Phone Call Minutes of 09/09/99 (Deposition Exhibit 128) |
| | 126 | | 125 | [illegible] | Email from Christensen to Heilhecker re: SSE, Florence Line 4 Task List (Deposition Exhibit 129) |
| | 127 | | | | Email from Ingolia to McCormack attaching the first report from the Dennis Group (Deposition Exhibit 130) |
| | 128 | | | | Line 4 existing layout per Dennis Group (Deposition Exhibit 131) |
| | 129 | | | | Line 4 proposed layout changes per Dennis Group (Deposition Exhibit 132) |

| | | | | | |
|---|---|---|---|---|---|
| | 130 | | 12-2 | R | Line 4 proposed layout changes per Dennis Group (with color) (Deposition Exhibit 132A) |
| | 131 | | | | Delta Systems, Inc. project proposal (Deposition Exhibit 133) |
| | 132 | | | | SSE Manufacturing Project Expenditure Authorization Forms (Deposition Exhibit 134) |
| | 133 | | | | SSE Manufacturing Project Expenditure Authorization Forms (Deposition Exhibit 135) |
| | 134 | | | | Schwan's Line 4 Improvements (Deposition Exhibit 136) |
| | 135 | | | | E-mail from Dennis Group to various people at SSE (Deposition Exhibit 137) |
| | 136 | | | | Press Line Vender Tabulation (Deposition Exhibit 138) |
| | 137 | | | | Issued Slips (Deposition Exhibit 139) |
| | 138 | | | | Purchase Order (Deposition Exhibit 140) |
| | 139 | | 12-1 | R | 09/99 to 03/20/00 Doboy Analysis (Deposition Exhibit 142) |
| | 140 | | 12-1 | R | 11/01/00 to 12/31/01 Doboy Analysis (Deposition Exhibit 143) |
| | 141 | | | | Lost Time Log Sheets for 10/30/99 (Deposition Exhibit 144) |
| | 142 | | | | Pizza Line 4 Run Times/Downtime (Deposition Exhibit 145) |
| | 143 | | 11-30 | R | Daily Schedule Control Riser Bakery (Deposition Exhibit 146) |
| | 144 | | 11-30 | R | Film Downtime (Deposition Exhibit 147) |
| | 145 | | 11-30 | R | Doboy Downtime Logs (Deposition Exhibit 148) |
| | 146 | | 11-30 | R | Production Lost Time Log Sheets (Deposition Exhibit 149) |
| | 147 | | | | Production Lost Time Log Sheets (Deposition Exhibit 150) |
| | 148 | | | | Pizza Waste 1999 (Deposition Exhibit 151) |

| | | | | | |
|---|---|---|---|---|---|
| | 149 | | | | January 1977 Run Time/Downtime/Production Figures (Deposition Exhibit 152) |
| | 150 | | | | May 2001 Lines 1-5 Runtime/Downtime Production Figures (Deposition Exhibit 153) |
| | 151 | | | | August 2000 Runtime/Downtime Production Figures (Deposition Exhibit 154) |
| | 152 | | 11-30 | R | Line 4 Pizza Downtime January 2001-December 2001 (Deposition Exhibit 155) |
| | 153 | | | | November 1999 Do-Boy Downtime (Deposition Exhibit 156) |
| | 154 | | 11-30 | R | 2-25-00 Film Downtime (Deposition Exhibit 157) |
| | 155 | | | | Doboy product information brochures |
| | 156-1 to 156-122 | | | | Photographs taken on 1/17/2002 (122 photos) |
| | 157-1 to 157-13 | | | | Photographs of 3-2 area taken 8/99 to 1/00 (13 photos) |
| | 168-1 to 168-28 | | | | Photographs of 3-3 area taken 8/99 to 1/00 (28 photos) |
| | 169-1 to 169-13 | | | | Photographs taken on 3/6/03 (13 photos) |
| | 170 | | | | Video taken on 3/6/03 (or excerpt) |
| | 171 | | | | Video of divert section 3/6/03 |
| | 172 | | 12-5 | R | Video of pizza 3/6/03 |
| | 173 | | 12-5 | R | VHS Video taken in 2000 or 2001 (or excerpt) |
| | 174 | | 12-5 | R | VHS Video taken in 1999 (or excerpt) |
| | 175 | | 12-7 | R | Robert Mayo CV |
| | 176 | | 12-7 | R | Robert Mayo illustrative exhibit |

| | | | | | |
|---|---|---|---|---|---|
| | 177 | | 12-7 | R | SSE spreadsheet summaries of product waste (SSE CD) |
| | 178 | | 12-7 | R | Mayo chart - Additional Labor Costs Attributed to Doboy and Others: November 1, 1999 - December 31, 2001 (Supp. Report - Ex. 1) |
| | 179 | | 12-7 | R | Mayo chart - Production Overhead Gain/(Loss) Attributed to Doboy and Others: November 1, 1999 - December 31, 2001 (Supp. Report - Ex. 2) |
| | 180 | | 12-7 | R | Mayo chart - Additional Material Costs Attributed to Doboy and Others: November 1, 1999 - December 31, 2001 (Supp. Report - Ex. 3) |
| | 181 | | 12-5 | R | Graphic depictions of line 4 and portions thereof. |
| | 182 | | | | Frank Amaro CV |
| | 183 | | | | Brian Ladd CV |
| | 184 | | | | Amaro and Ladd illustrative exhibit |
| | 185 | | 12-5 | R | 10/15/99 Joe Franek note to Mike Christiansen (D 00119) |
| | 186 | | | | 02/21/00 John Bowerman letter to Bill McCormack (D 00351) |
| | 187 | | | | 03/27/00 email from Kennan Stahl to Tom Becker and Tucker Corcoran (D 01597-1598) |
| | 188 | | | | 01/31/00 email from John Bowerman to Marion Dome (D 01647) |
| | 189 | | | | Joseph Franek Technical Service Report (D 02816-2817) |
| | 190 | | | | 01/05/01 Mike Christensen email to John Bowerman (D 02823) |
| | 191 | | | | Other illustrative exhibits |
| | 192 | | 12-7 | R | Lost Time Log Sheets for November 16, 1999 (SSE000205-SSE000207) |
| | 193 | | 12-7 | R | Lost Time Log Sheets for November 21, 1999 (SSE000227-SSE000229) |
| | 194 | | 12-7 | R | Lost Time Log Sheets for November 22, 1999 (SSE000230-SSE000232) |

| | | | | | |
|---|---|---|---|---|---|
| | 195 | | 12-1 | (R) | Lost Time Log Sheets for November 30, 1999 (SSE000240-SSE000242) |
| | 196 | | | | Lost Time Log Sheets for December 1, 1999 (SSE000243-SSE000245) |
| | 197 | | | | Lost Time Log Sheets for December 5, 1999 (SSE000253-SSE000255) |
| | 198 | | | | Lost Time Log Sheets for December 13, 1999 (SSE000121-SSE000123) |
| | 199 | | | | Lost Time Log Sheets for January 17, 2000 (SSE000650-SSE000652, SSE000666-SSE000670) |
| | 200 | | | | Lost Time Log Sheets for February 8, 2000 (SSE000754-SSE000755, SSE000772-SSE000775) |
| | 201 | | | | Film Downtime and Lost Time Log Sheets for February 16, 2000 (SSE000802-SSE000804) |
| | 202 | | | | Lost Time Log Sheets and other downtime records for March 10, 2000 (SSE000918-SSE000922) |
| | 203 | | | | Production Lost Time Log Sheets for March 10, 2000 (SSE011159-SSE011164) |
| | 204 | | | | March 2000 Line 4 Runtime/Downtime Production Figures (SSE006152) |
| | 205 | | | | November 1999 Line 4 Runtime/Downtime Production Figures (SSE006136) |
| | 206 | | | | December 1999 Line 4 Runtime/Downtime Production Figures (SSE006140) |
| | 207 | | | | January 2000 Line 4 Runtime/Downtime Production Figures (SSE006144) |
| | 208 | | | | February 2000 Line 4 Runtime/Downtime Production Figures (SSE006148) |
| | 209 | | | | January 2001 Line 4 Runtime/Downtime Production Figures (SSE006199) |
| | 210 | | | | Lost Time Log Sheets for January 21, 2000 (SSE000687-SSE000688) |
| | 211 | | | | Lost Time Log Sheet for November 30, 1999 (SSE001002) |

| | | | | | |
|---|---|---|---|---|---|
| | 212 | | 12-7 | R | Lost Time Log Sheets for December 1999 (SSE001003-SSE001004) |
| | 213 | | | | Lost Time Log Sheet for January 5, 2000 (SSE010001) |
| | 214 | | | | Lost Time Log Sheets for January 4, 2000 (SSE009985) |
| | 215 | | | | Lost Time Log Sheets for January 3, 2000 (SSE009969) |
| | 216 | | | | Lost Time Log Sheets for January 2, 2001 (SSE008696) |
| | 217 | | | | Production Lost Time Log Sheets for January 6, 2000 (SSE010017-SSE010018) |
| | 218 | | | | Production Lost Time Log Sheets for February 9, 2000 (SSE010546-SSE010553) |
| | 219 | | | | Production Lost Time Log Sheets for March 20, 2000 (SSE011339-SSE011346) |
| | 220 | | | | Daily Schedule Control Reports for All Bakery Lines for December 1, 1999 (SSE023048-SSE023062) |
| | 221 | | | | Daily Schedule Control Reports for All Bakery Lines for January 3, 2000 (SSE023381-SSE023392) |
| | 222 | | | | Daily Schedule Control Reports for All Bakery Lines for February 1, 2000 (SSE023731-SSE023744) |
| | 223 | | | | Keenan Stahl Technical Service Reports (D00007-D00057 |
| | 224 | | 12-5 | R | Joseph Franek Technical Service Reports |
| | 225 | | 12-2 | R | August 24, 1998 Fax from Terry Palmer to Marion Dome |
| | 226 | | | | Designated Portions of the Deposition of Marion Dome |
| | 227 | | 12-7 | R | Any exhibits listed by Schwan's Sales Enterprises |
| | | | | | Any exhibits necessary for impeachment, rebuttal, or to establish foundation. |

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Date: November 21, 2005

James F. Mewborn (#72370)
Paul E. D. Darsow (#285080)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Plaintiff and Counterclaim Defendant SIG Pack, Inc., Doboy Division*