OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TRIAL

**SCHWAN'S SALES ENTERPRISES, INC.'S EXHIBIT LIST**

Case No.: 01-SC-263 JNE/AJB

SIG Pack, Inc., Doboy Division,

Plaintiff and
Counterclaim Defendant,

vs.

Schwan's Sales Enterprises, Inc.,

Defendant and
Counterclaim Plaintiff.

| PRESIDING JUDGE Judge Joan Ericksen | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Palmer to Dome correspondence re: two wrapper packaging system, dated August 24, 1998. |
| 2 | | | | | Guynn correspondence to Dome re: budgetary numbers on the two wrapper project, August 25, 1998. |
| 3 | | | | | Dome e-mail to Basma re: concerns regarding riser line, 10/6/98, Deposition Exhibit 80. |
| 4 | | | 12-1 | (l) | Specifications for the 3 to 2 merger and two wrappers, October 9, 1998, Deposition Exhibit 94. |
| 5 | | | | | Correspondence from Guynn to Deaton re: RFQ Nos. 8108 and 8109 – placement of disks under the pizzas, October 13, 1998. |
| 6 | | | | | Doboy proposal for wrapper, automatic feeders with infeeds, shrink tunnels and converging system per RFQs 8108, 8109, 8110 and 8111, October 23, 1998. |
| 7 | | | | | Dome e-mail to Basma requesting purchase order for Doboy project with Doboy price and Schwan's budgeted price. |
| 8 | | | | | Palmer correspondence to Dome regarding floor plan described in 10/23/98 proposal (including floor plan), October 29, 1998. |

SCANNED
DEC 1 2 2005
U.S. DISTRICT COURT MPLS

Illustrative

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | 11-30 | NJ | Doboy proposal for two-leg packaging system, 11/17/98. |
| 10 | | | 11-30 | R | Doboy amendment to proposal for two-leg packaging system, 11/20/98, Deposition Exhibit 96. |
| 11 | | | | | Doboy memo regarding meeting with SSE to set specifications for order, 11/23/98. |
| 12 | | | | | Notes re: spec meeting, 11/30/98. |
| 13 | | | | | Notes re: spec meeting, 11/30/98. |
| 14 | | | | | Doboy plan with third wrapper leg, 12/1/98. |
| 15 | | | | | Customer acknowledgment for system purchase ($756,610), 12/14/98 |
| 16 | | | 12-1 | R | Change orders 1 through 7 to system purchase, Deposition Exhibit 99. |
| 17 | | | | | Palmer to Dome enclosing customer acknowledgment and specification sheet for system, 12/21/98, Deposition Exhibit 86. |
| 18 | | | | | Christenson to Dome regarding force required to separate pizza from disk, 1/6/99. |
| 19 | | | | | Palmer to Dome regarding third wrapper leg, 1-7-99/1-12-99. |
| 20 | | | | | Guynn to Bowerman regarding third wrapper leg, 1/18/99. |
| 21 | | | 12-2 | R | Palmer to Dome regarding extended infeed conveyors with cross-conveyors on the wrappers (integration to Schwan's supplied disk placer), 1/20/99. |
| 22 | | | | | Doboy floor plan request form regarding changes to conveyors and addition of third leg, 1/21/99. |
| 23 | | | | | Schwan's project expenditure authorization for Doboy project, 1/22/99. |
| 24 | | | | | Palmer to Dome re: pricing modification for 3:2 conveyor, 1/22/99. |
| 25 | | | | | Engineering review of riser project, 1/25/99, Deposition Exhibit 111. |
| 26 | | | | | Christenson notes regarding conveyors and other aspects of project, 1/25/99. |
| 27 | | | | | Palmer to Dome enclosing wrapper layout, 1/25/99. |
| 28 | | | | | Doboy plan, 1/25/99. |
| 29 | | | | | Doboy work order schedule for wrapper and infeed conveyor with cross-conveyor, 1/26/99. |
| 30 | | | | | Palmer to Dome enclosing invoices and acknowledgment for change notices (Change Orders 1 and 2), 1/28/99. |
| 31 | | | 12-1 | R | Palmer to Dome regarding invoices and acknowledgment for change notice (Change Notice 1), 1/28/99, Deposition Exhibit 97. |
| 32 | | | | | Doboy memo regarding meeting to review specs, change orders and status, 2/2/99. |
| 33 | | | | | Christenson to Doboy regarding SSE's request to go ahead with 3:2 converger and 48 rows of three for a total of 72 pizzas to each of the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | two running wrappers – the speed will later increase to a total of 225 pizzas, 2/5/99. |
| 34 | | | | | Thiele proposal to Schwan's, 2/9/99. |
| 35 | | | | | Doboy notes regarding line speed, merger and floor pan, 2/10/99. |
| 36 | | | | | Doboy notes entitled "Goals – Consistent Merging, No Jams, Feeding without Shingling, Card Feeding 3:3 Consistency," undated. |
| 37 | | | | | Doboy notes regarding goal of 2/25, 75 rows of 3, 2/11/99. |
| 38 | | | | | Doboy memo regarding meeting to review specs for diverging conveyor, and to review diverger concept, 2/16/99. |
| 39 | | | | | Doboy memo regarding meeting to review product distribution specs/requirements into the 3:2 lane converger, bypass gates and other issues, 2/17/99. |
| 40 | | | | | Doboy plan, 2/22/99. |
| 41 | | | | | Thiele revised quote, 3/2/99. |
| 42 | | | | | Christenson to Doboy regarding meeting to discuss specs for 3:2 converger, 3/5/99. |
| 43 | | | | | Christenson to Doboy regarding 3/2/99 meeting with Schwan's to discuss system order (card conveyor, belt color, pick and plan). |
| 44 | | | | | Doboy plan for 3:2 converging system, 3/11/99. |
| 45 | | | | | Change Order 1 changing shipping address, 3/11/99. |
| 46 | | | | | Change Order 2, perforated stainless steel guards in place of polycarbonate guards, 3/11/99. |
| 47 | | | | | Doboy e-mail regarding communications with Thiele, 3/15/99. |
| 48 | | | | | Proposal for 3:2 lane merger, 3/16/99. |
| 49 | | | 121 | (R) | Doboy plan with purchase order numbers, 3/22/99, Deposition Exhibit 100. |
| 50 | | | | | Doboy plan, 3/22/99, Deposition Exhibit 102. |
| 51 | | | | | Dome to Basma regarding 3:2 merger and P.O. to Doboy for the merger, 3/25/99. |
| 52 | | | | | Doboy proposal for 3:3 lane merger, 3/26/99. |
| 53 | | | | | Doboy memo regarding procurement of 3:3 merger conveyor, 3/31/99. |
| 54 | | | | | 3:3 invoices, purchase orders and Change Orders 1-3, 4/5/99. |
| 55 | | | | | 3:3 Change Order 3, add 3 pull cord e-stops, 4/5/99. |
| 56 | | | | | 3:3 merger customer acknowledgment, 4/5/99. |
| 57 | | | | | Process flow chart, 4/7/99. |
| 58 | | | | | Process flow diagram, 4/7/99. |

| | | | | | |
|---|---|---|---|---|---|
| 59 | | | | | Christenson e-mail to Dome with questions regarding the line (elevation view of conveyor, speed of freezer belt), 4/8/99 |
| 60 | | | | | Palmer to Dome with customer acknowledgement for 3:3 merger, 4/9/99. |
| 61 | | | | | Thiele drawing, 4/13/99, Deposition Exhibit 119. |
| 62 | | | | | Christenson to Dome enclosing photocopies of 3:2 converging conveyors and sketches of scrap pans, 4/15/99. |
| 63 | | | | | Schwan's e-mail regarding April 15, 1999 meeting – integrating the line, 4/19/99. |
| 64 | | | | | Doboy plan, 4/19/99. |
| 65 | | | | | Doboy plan with notes, 4/19/99, Deposition Exhibit 115. |
| 66 | | | | | Doboy plans for 3:3 lane converger, 4/20/99. |
| 67 | | | | | Christenson to Dome regarding floor plan and partial elevation of shrink system, 4/21/99. |
| 68 | | | | | Doboy 3:2 converger description, 4/27/99, Deposition Exhibit 113. |
| 69 | | | | | Doboy sequence of operation for 3:2 and 3:2 converger description, 4/27/99. |
| 70 | | | | | Palmer to Dome enclosing floor plan showing dimensions of equipment, 4/27/99. |
| 71 | | | | | Schwan's notes on Doboy 3:2 converger description, 4/28/99. |
| 72 | | | | | Doboy 3:3 converger description. |
| 73 | | | | | Schwan's notes on 3:3 converger description. |
| 74 | | | | | Notes in response to 4/15 riser line info meeting, 5/3/99. |
| 75 | | | | | Christenson to Doboy regarding Thiele interface meeting, 5/5/99, Deposition Exhibit 120. |
| 76 | | | | | Christenson e-mail regarding conveyor check-out (3:2 converger), 5/7/99. |
| 77 | | | | | Guynn e-mail regarding Dome visit to Doboy/integration of placers into system, 5/8/99. |
| 78 | | | | | Doboy responses to Schwan's control issues from Dome meeting, 5/19/99. |
| 79 | | | | | Doboy meeting minutes from meeting with Dome, 5/19/99. |
| 80 | | | | | Guynn to Dome regarding forming head and floor plan dimensions and belting, 5/25/99. |
| 81 | | | | | Guynn to Dome regarding belting requirements for 3:2 and 3:3, 6/1/99. |
| 82 | | | | | CPMI notes regarding discussion with Dome 6/7/99. |
| 83 | | | | | Doboy final inspection procedure packet regarding wrapper and testing, 6/8/99. |

| | | | | | |
|---|---|---|---|---|---|
| 84 | | | | | Doboy final inspection procedure regarding speed change, 6/8/99. |
| 85 | | | | | Doboy notes regarding site visit, 6/9/99. |
| 86 | | | | | Palmer to Dome regarding revised wrapper layout, 6/21/99. |
| 87 | | | | | Guynn to Christenson regarding Florence check-out and conversation with Dome, 6/25/99. |
| 88 | | | | | Doboy memo regarding timeline from 11/30/98 to 7/7/99 with notes, 6/30/99. |
| 89 | | | | | Doboy notes regarding warranty and service work through 9/26/99. |
| 90 | | | | | Doboy notes regarding visit on 7/7/99. |
| 91 | | | | | Schwan's e-mail regarding bakery timeline, 7/16/99, Deposition Exhibit 31. |
| 92 | | | | | Schwan's memo regarding bakery issues, 7/30/99, Deposition Exhibit 32. |
| 93 | | | | | Schwan's bakery equipment punch list 8/2/99. |
| 94 | | | | | Doboy service invoice regarding 3:2, 8/9/99. |
| 95 | | | | | Doboy service report regarding 3:2 problems, 8/9/99. |
| 96 | | | | | Christenson e-mail regarding 3:2 and Thiele issues, 8/16/99. |
| 97 | | | | | Schwan's daily report and hit list, 8/16/99. |
| 98 | | | | | Doboy service report regarding 3:2, 8/16/99. |
| 99 | | | | | Franek e-mail regarding cardboard disk transfer, 8/17/99. |
| 100 | | | | | CPMI notes regarding start-up, 8/18/99. |
| 101 | | | | | Doboy parts order form regarding special infeed device to position pizza on top of disk, 8/18/99. |
| 102 | | | | | Doboy e-mail regarding wrapper problems (lap seal) and start-up issues, 8/19/99. |
| 103 | | | | | Dome to Guynn regarding start-up and Doboy and Thiele reps on site, 8/19/99. |
| 104 | | | | | Christenson e-mail regarding belt issues and infeed faults, 8/19/99. |
| 105 | | | | | Doboy service report regarding wrapper infeed, 8/23/99. |
| 106 | | | | | Doboy service report regarding infeed chain, 8/23/99. |
| 107 | | | | | Schwan's daily report, 8/25/99. |
| 108 | | | | | Doboy invoices for photo eye work, 8/25/99 - 12/17/99. |
| 109 | | | | | Schwan's daily report notes, 8/25/99. |
| 110 | | | | | Schwan's daily report, 8/26/99. |

| | | | | | |
|---|---|---|---|---|---|
| 111 | | | | | Christenson e-mail regarding devices to position the pizza on top of the disk, 8/31/99. |
| 112 | | | | | Doboy service report regarding 3:2 problems and other line problems, 8/30/99. |
| 113 | | | | | Doboy service report regarding 3:2 and 3:3 issues, 8/30/99. |
| 114 | | | | | Doboy notes regarding 3:2, infeed issues, 3:3, 8/30/99. |
| 115 | | | | | Doboy service report regarding 3:2 and card transfer, 8/30/99. |
| 116 | | | | | Doboy service report regarding feeder setup, eye setup, product flow and wrapper stops and starts, 8/31/99. |
| 117 | | | | | Doboy service report regarding 3:3 and 3:2 programs, 9/1/99. |
| 118 | | | | | Doboy service report regarding software glitch, photo eyes, product supply and cardboard, 9/7/99. |
| 119 | | | | | Doboy service report regarding 3:3, infeed conveyor, other conveyors and wrapper issues, 9/7/99. |
| 120 | | | | | Doboy service report regarding 3:2 and 3:3, 9/7/99. |
| 121 | | | | | Doboy invoice for photo eye work, 9/7/99. |
| 122 | | | | | Doboy meeting minutes, 9/7/99. |
| 123 | | | | | Doboy service report, wrapper problems, 9/8/99. |
| 124 | | | | | Christenson to Dome regarding purchase order extra costs, 9/8/99, Deposition Exhibit 116. |
| 125 | | | | | Doboy invoice for card guides at the infeed conveyor, 9/8/99. |
| 126 | | | | | Christenson e-mail regarding closing the gaps (1 gap versus 2 gaps), 9/8/99. |
| 127 | | | 12-5 | (B) | Doboy phone call minutes regarding photo eyes, infeed conveyor, 3:3, 9/9/99, Deposition Exhibit 128. |
| 128 | | | | | Schwan's e-mail regarding materials sent to Doboy for testing. |
| 129 | | | | | Doboy invoice for pusher and stop spacer, 9/9/99. |
| 130 | | | | | Doboy photo eye invoice, 9/10/99. |
| 131 | | | | | Doboy regarding V-belt issues and product slippage on the metering belt, 9/10/99. |
| 132 | | | | | Doboy invoice for pusher and pusher log, 9/13/99. |
| 133 | | | | | Doboy notes regarding trip visit, 9/13 – 9/15/99 (3:3 problems, 3:2 problems). |
| 134 | | | | | Doboy service report regarding software change to 3:2 and conveyor belt changes to 3:3, 9/13/99. |
| 135 | | | | | Doboy service report regarding repairs to 3:3, 9/13/99. |
| 136 | | | | | E-mail regarding training – Doboy will train once the line issues are resolved, 9/14/99. |

| | | | | | |
|---|---|---|---|---|---|
| 137 | | | | | Doboy invoice regarding guide return and supports, 9/16/99. |
| 138 | | | | | Task lists regarding disk alignment, photo eyes, infeed chain, 3:3, 3:2, 9/17/99. |
| 139 | | | | | Doboy service report regarding 3:2, Thiele issues and 3:3, 9/20/99. |
| 140 | | | | | Doboy service report regarding 3:3, 9/20/99. |
| 141 | | | | | Doboy service report regarding 3:3, 9/20/99. |
| 142 | | | | | Dome to Christenson responding to extra cost request, 9/21/99. |
| 143 | | | | | Doboy invoice regarding guide card, 9/22/99. |
| 144 | | | 12-5 | R | Doboy regarding output, waste at 3:2 and cutter head jams, 9/23/99. |
| 145 | | | | | Schwan's e-mail regarding product flow and discussions with Doboy, 9/24/99. |
| 146 | | | | | Christenson to Dome regarding additional funds, 9/27/99. |
| 147 | | | | | Task list, 9/27/99, Deposition Exhibit 103. |
| 148 | | | | | Doboy service report regarding new chain guides for wrapper infeed and glitch in 3:3 software, 9/28/99. |
| 149 | | | | | Doboy service report regarding 3:3 and 3:2, 9/28/99. |
| 150 | | | | | CPMI report regarding site visit (short on case production, 3:2 problems, wrapper problems, 3:3 problems), 10/5/99. |
| 151 | | | | | Task list, 10/6/99. |
| 152 | | | | | CPMI e-mail regarding product guides to center the pizza for the 3:2 merger, 10/7/99. |
| 153 | | | | | Dome e-mail to Schwan's regarding Thiele modifications, 10/8/99. |
| 154 | | | | | Schwan's e-mail regarding curling for Line 4, 10/8/99. |
| 155 | | | | | Task list regarding infeed chains, photo eyes, 3:2 and 3:3, 10/10/99, Deposition Exhibit 106. |
| 156 | | | | | Doboy service report regarding photo eyes and 3:2, 10/11/99. |
| 157 | | | 11-30 | R | Doboy service report regarding photo eyes, 10/11/99. |
| 158 | | | | | Doboy service report regarding missing hardware on 3:3 converger and rebuilding the product disk card sweeps on the 3:2, 10/11/99. |
| 159 | | | | | CPMI e-mail regarding support for Schwan's and problems with the vacuum belt assemblies, 10/11/99. |
| 160 | | | | | Doboy e-mail with notes regarding redesign of the card transfer area, 10/11/99. |
| 161 | | | | | Doboy service report regarding photo eyes, broken infeed chain, 10/12/99. |
| 162 | | | | | CPMI report to Dome regarding divert bars prior to 3:2, bypass gates on wrapper legs, photo eye changeout, 10/13/99. |

| | | | | | |
|---|---|---|---|---|---|
| 163 | | | | | Schwan's e-mail regarding Thiele modifications, 10/14/99, Deposition Exhibit 51. |
| 164 | | | | | CPMI and Doboy e-mail regarding Franek report – problems at the transfer into the infeed conveyor, 10/15/99. |
| 165 | | | | | CPMI e-mail regarding Franek report on card transfer problems, 10/15/99, Deposition Exhibit 121. |
| 166 | | | | | Doboy service report regarding replacing discharge sweep and vacuum belt rollers, 10/16/99. |
| 167 | | | | | Doboy service report regarding work at 3:2 and 3:3, 10/16/99. |
| 168 | | | 1130 | R | Doboy service report regarding issues of the 3:2, 10/18/99. |
| 169 | | | | | Doboy service report regarding 3:2 problems, 10/18/99. |
| 170 | | | | | Doboy service report regarding revising 3:2 software, card transfer and 3:3, 10/18/99. |
| 171 | | | | | Doboy service report regarding loose timing belt at Thiele/wrappers and software and mechanical changes to 3:2, 10/18/99. |
| 172 | | | | | Schwan's observations regarding crewing (people needed due to problems with wrapping system), 10/20/99, Deposition Exhibit 39. |
| 173 | | | | | Doboy service report regarding change parts on 3:2 and 3:3, 10/22/99. |
| 174 | | | | | Doboy service report regarding change parts on the infeed of the wrapper, 10/22/99. |
| 175 | | | | | Regarding changes to infeed conveyor, 10/22/99. |
| 176 | | | | | Doboy service report regarding problems at 3:2 and 3:3, 10/22/99. |
| 177 | | | | | Schwan's e-mail regarding seeking outside help, 10/25/99. |
| 178 | | | | | Doboy service report regarding warranty work on vacuum belt rollers and replacing photo eyes, 10/25/99. |
| 179 | | | | | Doboy service report regarding 3:2 merge, logic for switching gates and timing adjustment to 3:3, 10/25/99. |
| 180 | | | | | CPMI notes regarding plant visit, 10/26/99. |
| 181 | | | | | Schwan's e-mail regarding start date for lost production – 10/25/99, 10/28/99. |
| 182 | | | | | Doboy service report regarding mechanical problems on all three wrappers, 11/1/99. |
| 183 | | | | | Doboy service report regarding lap problems, metering problems and film problems, 11/1/99. |
| 184 | | | | | CPMI notes regarding site visit, 11/1/99. |
| 185 | | | | | Doboy site notes regarding visit and videotape of 3:3, 11/1/99. |
| 186 | | | | | Doboy e-mail regarding site visit to address problems with wrappers and 3:2, 11/5/99. |
| 187 | | | | | John Gardner report regarding site observations, 11/5/99, Deposition Exhibit 52. |

| | | | | | |
|---|---|---|---|---|---|
| 188 | | | | | Doboy service report regarding tuning the wrappers, 11/5/99. |
| 189 | | | | | Doboy service report regarding wrapper and feeder speed control, 11/8/99. |
| 190 | | | | | Doboy service report regarding shrink tunnel work and eye relocation, 11/8/99. |
| 191 | | | | | Doboy service report regarding work on the wrappers, 11/8/99. |
| 192 | | | | | Doboy service report regarding software changes to 3:2, 11/8/99. |
| 193 | | | | | Doboy service report regarding changes to shrink tunnels and 3:2 work, 11/8/99. |
| 194 | | | | | CPMI notes and diagrams, 11/8/99. |
| 195 | | | | | Doboy e-mail regarding 3:3 rework (service is on Doboy's tab), 11/9/99. |
| 196 | | | | | Doboy e-mail regarding 3:3 work, 11/12/99. |
| 197 | | | | | Gardner report regarding site observations (3:2 is not reliable), 11/15/99. |
| 198 | | | | | Doboy e-mail regarding installation of counters at 3:3 and 3:2, 11/19/99. |
| 199 | | | | | Doboy e-mail regarding Doboy counters, 11/22/99. |
| 200 | | | | | Schwan's e-mail regarding notice to Doboy that Schwan's will go outside for help if problem not resolved, 11/23/99. |
| 201 | | | | | Doboy e-mail regarding meeting to discuss status, 11/23/99. |
| 202 | | | 11/30 | R | Basma letter to Doboy regarding line not meeting specified rates, 11/24/99, Deposition Exhibit 122. |
| 203 | | | 12-5 | R | Doboy to Schwan's regarding 3:3 design improvements, 11/30/99. |
| 204 | | | | | Schwan's e-mail to Doboy regarding failure to meet rate promise, 11/29/99. |
| 205 | | | | | Doboy service report regarding training and status of line, 11/29/99. |
| 206 | | | | | Doboy service report regarding training and work to 3:2, 11/29/99. |
| 207 | | | | | Doboy service report regarding faulty PLC CPU on wrapper leg 2, 11/29/99. |
| 208 | | | | | Doboy downtime reports, 11/30/99. |
| 209 | | | | | Schwan's e-mail regarding Doboy collecting downtime data, 11/30/99. |
| 210 | | | 12-5 | R | Franek memo to Stahl regarding system, 12/1/99. |
| 211 | | | | | Guynn site visit report with downtime, 12/2/99. |
| 212 | | | | | Doboy e-mail regarding modifications to 3:3, 12/6/99. |
| 213 | | | | | Doboy service report regarding 3:2, 12/6/99. |

| | | | | | |
|---|---|---|---|---|---|
| 214 | | | | | Schwan's e-mail regarding 3:2 and 3:3 work, 12/6/99. |
| 215 | | | | | Doboy notes regarding operation (5300 minutes of downtime), 12/8/99. |
| 216 | | | | | Schwan's e-mail regarding Servo faulting, 12/9/99. |
| 217 | | | 1/30 | R | Doboy recap of Schwan's meeting on 12/8/99, 12/10/99, Deposition Exhibit 123. |
| 218 | | | 1/30 | R | Doboy to Schwan's regarding 12/8/99 meeting and status of system, 12/10/99. |
| 219 | | | | | Doboy service report regarding rework the 3:3, 12/11/99. |
| 220 | | | | | Basma to Doboy regarding wrapper operation at 220 ppm, 12/14/99. |
| 221 | | | | | CPMI notes, 12/15/99. |
| 222 | | | | | Doboy memo regarding meeting with Schwan's, 12/15/99. |
| 223 | | | | | Doboy e-mail to Schwan's regarding review of meeting minutes related to 12/15/99 meeting, 12/15/99. |
| 224 | | | | | Dome/Hendricks memo regarding 12/15/99 visit, 12/16/99. |
| 225 | | | | | Hendricks memo to Doboy regarding 12/15/99 site visit, 12/16/99, Deposition Exhibit 105. |
| 226 | | | | | Action log, 12/17/99. |
| 227 | | | | | Doboy service report regarding problems with the 3:3, 12/20/99. |
| 228 | | | | | E-mail regarding training, 12/20/99. |
| 229 | | | | | Doboy notes regarding 12/20/99 meeting, 12/20/99. |
| 230 | | | | | E-mail regarding wrapper problems, 12/20/99, Deposition Exhibit 92. |
| 231 | | | | | Schwan's e-mail regarding status of system, 12/20/99. |
| 232 | | | | | Doboy service report regarding new program for 3:2, 12/20/99. |
| 233 | | | | | CPMI notes regarding the system, 12/20/99. |
| 234 | | | | | E-mail regarding 12/21/99 meeting and task list (3:2, noncontact feeders, infeed conveyors. . .), 12/21/99, Deposition Exhibit 129. |
| 235 | | | | | Schwan's e-mail regarding film problems, 12/21/99. |
| 236 | | | | | Schwan's e-mail regarding film representatives at site, 12/22/99. |
| 237 | | | | | E-mail regarding outside services evaluating the 3:2 and 3:3, 12/22/99. |
| 238 | | | | | Doboy to Schwan's confirming wrapper rate of 220 ppm, 12/22/99. |
| 239 | | | | | Doboy update regarding site, 12/28/99. |
| 240 | | | | | Invoice for training, 12/30/99. |

| | | | | | |
|---|---|---|---|---|---|
| 241 | | | | | Doboy memo regarding speed – range tolerance for the wrappers, 1/4/00. |
| 242 | | | | | CPMI notes regarding system, 1/6/00. |
| 243 | | | | | E-mail regarding training, 1/9/00. |
| 244 | | | | | Doboy service report regarding 3:2 software change and 3:3 changes, 1/10/00. |
| 245 | | | | | Doboy e-mail regarding some issues, 1/10/00. |
| 246 | | | | | Doboy e-mail regarding product slipping, 1/10/00. |
| 247 | | | | | Action log, 1/11/00. |
| 248 | | | | | E-mail regarding meeting notes of Line 4 observations (1/6/00) and Gardner observations, 1/11/00, Deposition Exhibit 54. |
| 249 | | | | | Doboy e-mail regarding site observations, 1/11/00. |
| 250 | | | | | Action logs from 1/12/00 – 2/14/00. |
| 251 | | | | | Doboy to Schwan's regarding action plan and timetable for system, 1/12/00. |
| 252 | | | | | CPMI memo regarding January 00 site visit, 1/13/00. |
| 253 | | | | | Schwan's e-mail regarding 3:2 changes, 1/14/00. |
| 254 | | | | | Basma to Doboy regarding Delta and alternative proposal from Doboy, 1/17/00, Deposition Exhibit 16. |
| 255 | | | | | Doboy e-mail regarding modifications to feeder guards, 1/17/00. |
| 256 | | | | | Doboy notes regarding 3:3, 3:2, wrappers, 1/17/00. |
| 257 | | | | | Doboy e-mail regarding meeting to address product flow to wrapper/feeders, 1/18/00, Deposition Exhibit 110. |
| 258 | | | | | Doboy e-mail regarding fixes for SSE, 1/20/00. |
| 259 | | | | | Doboy e-mail regarding meeting to discuss 3:2 potential solutions, 1/26/00. |
| 260 | | | | | Doboy memo regarding Hendricks 1/26/00 site visit, 1/26/00, Deposition Exhibit 108. |
| 261 | | | | | Christenson task list (1/26/00 – 2/6/00). |
| 262 | | | | | Doboy service report regarding 3:2 problems, 1/27/00. |
| 263 | | | | | Christenson e-mail to Dome regarding system solutions (integrate speed control of 3:2 with other parts of line. . .), 1/27/00. |
| 264 | | | | | Schwan's/Doboy e-mails regarding system solutions, 2/28/00, Deposition Exhibit 88. |
| 265 | | | | | Doboy e-mail regarding four test scenarios for system, 1/28/00. |
| 266 | | | 1-30 | (R) | Basma to Doboy regarding status and Delta, 1/28/00. |

| | | | | | |
|---|---|---|---|---|---|
| 267 | | | 12-1 | R | Schwan's e-mail regarding Thiele operation, 1/28/00. |
| 268 | | | | | Schwan's e-mail regarding inconsistent flow because of the wrappers going down, 1/31/00. |
| 269 | | | | | Doboy memo regarding meeting to address potential solutions (card feeding, speed control and supply gaps), 1/31/00. |
| 270 | | | | | Schwan's e-mail regarding Doboy's proposed solutions, 2/1/00. |
| 271 | | | | | Doboy e-mail regarding replacement of film rollers, shafts and bearings on wrappers, 2/2/00. |
| 272 | | | | | Doboy e-mail regarding work on wrappers, 2/3/00. |
| 273 | | | | | E-mail regarding film roller replacement, 2/3/00. |
| 274 | | | | | Schwan's e-mail regarding bakery waste, 2/7/00, Deposition Exhibit 42. |
| 275 | | | | | Doboy e-mail regarding 3:2 issues, 2/8/00, Deposition Exhibit 126. |
| 276 | | | 12-5 | R | Doboy service report regarding photo eyes at 3:2, 2/11/00. |
| 277 | | | | | Action log, 2/14/00, Deposition Exhibit 45. |
| 278 | | | | | Doboy notes regarding 2/15/00 meeting, 2/15/00. |
| 279 | | | | | "Sensors" for new photo eyes, 2/16/00. |
| 280 | | | | | Doboy e-mail regarding changes to wrapper/feeder controls, 2/16/00. |
| 281 | | | | | Meeting minutes from 2/15/00 meeting with Doboy, 2/17/00, Deposition Exhibit 125. |
| 282 | | | | | Doboy to Schwan's regarding Schwan's pursuit of an outside vendor, 2/21/00. |
| 283 | | | | | Dome memo regarding Doboy letter of 2/21/00, 2/23/00. |
| 284 | | | | | Doboy e-mail regarding photo eyes. |
| 285 | | | | | Task list, 2/3/00. |
| 286 | | | | | Dome memo regarding line overview, 3/8/00. |
| 287 | | | | | E-mail regarding notice to Doboy that Delta will proceed, 3/10/00. |
| 288 | | | | | Doboy service report regarding wrapper problems, 3/13/00. |
| 289 | | | | | Doboy notes regarding discussions with Dome, 3/14/00. |
| 290 | | | | | Doboy e-mail to Schwan's regarding trip to Florence to address 3:2 and 3:3, 3/15/00. |
| 291 | | | | | Doboy service report regarding 3:3 and Delta, 3/21/00. |
| 292 | | | | | Doboy memo regarding 3:2 and 3:3 problems, 3/24/00. |
| 293 | | | | | Doboy memo regarding status, 3/27/00. |

| | | | | | |
|---|---|---|---|---|---|
| 294 | | | | | Doboy note regarding Line 4 status (3:3 seems to be okay), 6/2/00. |
| 295 | | | | | Doboy memo regarding status of Line 4, 6/5/00. |
| 296 | | | | | Doboy memo regarding line status, 7/21/00. |
| 297 | | | | | Schwan's e-mail regarding timeline for Delta, 7/28/00. |
| 298 | | | | | Schwan's purchase order summaries, 7/28/00. |
| 299 | | | 12-1 | R | Line 4 update, 8/16/00. |
| 300 | | | | | Action log, 8/23/00. |
| 301 | | | | | As-built drawing. |
| 302 | | | | | Doboy to Tony Graves, 1/5/01. |
| 303 | | | | | Dennis Group points of discussion, 1/17/01. |
| 304 | | | | | Task list, 3/16/01. |
| 305 | | | | | Task list, 5/9/01. |
| 306 | | | | | Doboy e-mail regarding 3:2 divert gate issues. |
| 307 | | | | | Doboy memo regarding system operation (undated). |
| 308 | | | | | Illustration of Line 4, Deposition Exhibit 26. |
| 309 | | | | | Doboy Answers to Interrogatories. |
| 310 | | | | | Doboy invoice summaries/statements. |
| 311 | | | | | Doboy illustration of 3:2 problems, 12/8/99. |
| 312 | | | | | Gardner downtime notes. |
| 313 | | | | | Action logs from Gardner. |
| 314 | | | | | Photos of equipment and site. |
| 315 | | | | | Doboy sketches and notes. |
| 316 | | | | | Plan blow-up of 3:2 with notes. |
| 317 | | | | | Christenson memo to Doboy regarding data collection. |
| 318 | | | | | John Bowerman action list. |
| 319 | | | | | Doboy notes regarding problems with 3:2. |
| 320 | | | | | Christenson drawing of pizza configuration from 3:2, Deposition Exhibit 118. |
| 321 | | | 12-5 | R | Doboy notes regarding 3:3 problems and other issues, Deposition Exhibit 127. |
| 322 | | | | | Doboy notes regarding flow between 3:2 and the feeder. |

| | | | | | |
|---|---|---|---|---|---|
| 323 | | | | | Spec 5296A. |
| 324 | | | | | Spec 5296C. |
| 325 | | | 12-1 | R | 3:3 proposal, Deposition Exhibit 98. |
| 326 | | | 12-1 | R | Request for quotes, 8108 – 8111. |
| 327 | | | 11-30 | R | Line 4 purchase order summary, Deposition Exhibit 101. |
| 328 | | | 12-5 | R | Doboy timeline from September 8, 1999 through March 24, 2000. |
| 329 | | | | | Doboy issues list regarding 3:2, conveyor speeds and other matters. |
| 330 | | | | | Doboy literature, Deposition Exhibit 93. |
| 331 | | | | | Customer contact worksheet regarding 3:2 problems. |
| 332 | | | | | "Summary with Customer Acknowledgment, Issue Tunnel Specs and Other Materials." |
| 333 | | | | | Invoices, change orders and other purchase materials. |
| 334 | | | | | Specs for Schwan's mechanical. |
| 335 | | | | | Doboy memo regarding downtime. |
| 336 | | | | | Doboy memo regarding system (D01849). |
| 337 | | | | | Notes regarding pull nose conveyor (D04908). |
| 338 | | | | | Doboy warranty work invoices. |
| 339 | | | | | Schwan's memo regarding training contacts on Line 4 equipment (SSE 3145). |
| 340 | | | | | Doboy flight sketch (D04971). |
| 341 | | | | | Backside of Doboy invoice. |
| 342 | | | | | CPMI notes. |
| 343 | | | | | CMPI notes, 12/2/99. |
| 344 | | | | | Doboy notes regarding V belts, 3:2, Thiele and infeed (D00152). |
| 345 | | | | | Thiele drawing. |
| 346 | | | | | Doboy e-mail and notes regarding thinking out of the box for solutions. |
| 347 | | | | | Schwan's existing site plan and proposed floor plan. |
| 348 | | | | | Schwan's project expenditure (1/22/99), project expenditure (3/19/01) and project expenditure (4/7/00). |
| 349 | | | | | Bake-to-rise modification list (SSE 003539). |
| 350 | | | | | Doboy sketch regarding Thiele and infeed line (D02604). |

| | | | | | |
|---|---|---|---|---|---|
| 351 | | | | | Doboy notes. |
| 352 | | | | | Doboy notes regarding product sliding on cardboard (Joe Franek August 17). |
| 353 | | | | | Doboy notes regarding 3:2 merger position control parts order (D04935). |
| 354 | | | | | Delta quote 2527, 12/22/99. |
| 355 | | | | | Delta quote 2538 and 2536, 1/11/00, Deposition Exhibit 57. |
| 356 | | | | | Delta quote 2552, 2200. |
| 357 | | | | | Delta quote 2552, 2/14/00. |
| 358 | | | | | Schwan's memo regarding concerns with Delta proposal, 2/17/00. |
| 359 | | | | | Schwan's memo regarding Delta system ability to eliminate gaps, 2/24/00, Deposition Exhibit 59. |
| 360 | | | | | Delta quote 2552A, 3/2/00. |
| 361 | | | | | Updated Delta quote 2552A, 3/2/00. |
| 362 | | | | | Basma to Delta – letter of intent, 3/14/00. |
| 363 | | | | | Delta quote 2552B, 3/14/00. |
| 364 | | | 1130 | (R) | Delta quote 2552B, 3/14/00, Deposition Exhibit 60. |
| 365 | | | | | E-mail regarding Delta agreement, 3/20/00. |
| 366 | | | | | Delta memo regarding project schedule, 3/28/00. |
| 367 | | | | | Delta correspondence regarding signed letter of intent for quote No. 2552B, 4/4/00. |
| 368 | | | | | Schwan's correspondence to Delta regarding agreement and quote, 4/4/00. |
| 369 | | | | | Delta to Schwan's regarding revision to purchase order to address removing the 3:2, 4/11/00. |
| 370 | | | | | Schwan's e-mail regarding Delta status, 7/11/00, Deposition Exhibit 62. |
| 371 | | | | | Schwan's memo regarding last visit by Doboy and Delta start-up, 7/28/00. |
| 372 | | | | | Purchase order for Dillin Engineered Systems Corp. and Dillin correspondence to Tony Graves with summarized pricing for product conveying system project. |
| 373 | | | | | Dennis Group draft engineering study, 11/6/00. |
| 374 | | | | | Dennis Group literature, 11/20/00. |
| 375 | | | | | Dennis Group correspondence to Schwan's regarding Quantum Tech work, 11/28/01. |
| 376 | | | | | Dennis Group website information, 12/7/00. |

| | | | | | |
|---|---|---|---|---|---|
| 377 | | | | | Dennis Group bakery and assembly line improvement project engineering study, 12/11/00. |
| 378 | | | | | Dennis Group meeting with Schwan's, 12/12/00. |
| 379 | | | | | Dennis Group kickoff meeting notes, 12/12/00. |
| 380 | | | | | Dennis Group plans. |
| 381 | | | | | Dennis Group points of discussion memo, 1/17/01, Deposition Exhibit 65. |
| 382 | | | | | Dennis Group proposal, 2/12/01. |
| 383 | | | | | Schwan's e-mail regarding Delta work, 5/14/01. |
| 384 | | | | | Schwan's memo regarding payment to Delta, 5/15/01, Deposition Exhibit 71. |
| 385 | | | | | Dennis Group Line 4 improvements proposal for processing, engineering and construction management services (draft), 5/21/01. |
| 386 | | | | | Delta through put, 5/29/01, Deposition Exhibit 72. |
| 387 | | | | | Dennis Group schedule. |
| 388 | | | | | Line source correspondence to Graves regarding proposal, 6/18/01. |
| 389 | | | | | Dennis Group purchase specification for dough ball loader system, 6/20/01. |
| 390 | | | | | Dennis Group sample spec and bid package, 6/20/01. |
| 391 | | | | | Dennis Group Line 4 improvement proposal for processing, engineering and construction management services, 6/20/01. |
| 392 | | | | | Dennis Group specification for package product conveying/accumulation system, 6/20/01. |
| 393 | | | | | Dennis Group request for quote for package product conveying/accumulation system, 6/20/01. |
| 394 | | | | | Bid and distribution list and Dillin correspondence to Dennis Group regarding package product conveying/accumulation system, 8/14/01. |
| 395 | | | | | Dennis Group request for quote product conveying system. |
| 396 | | | | | Dennis Group specification for product conveying system, 6/22/01. |
| 397 | | | | | Bid and distribution list and line source correspondence to Dennis Group regarding circle loader feed system, 7/6/01. |
| 398 | | | | | Dennis Group to Schwan's regarding proposal for engineering and construction management services and AIA contract, 7/11/01. |
| 399 | | | | | Delta letter to Schwan's regarding quote for work on Dennis Group project and payment to Delta, 7/12/01. |
| 400 | | | | | Dennis Group request for quote press line modification, 7/18/01. |
| 401 | | | | | Dennis Group e-mail to Schwan's regarding status, 7/19/01. |
| 402 | | | | | Bid and distribution list and press line vendor tabulation, 7/18/01, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 8/13/01. |
| 403 | | | | | Graves e-mail to Schwan's regarding Line 4 meeting, 7/20/01. |
| 404 | | | | | Schwan's/Delta e-mail regarding work on Dennis Group project, 7/29/01. |
| 405 | | | | | Schwan's PO to AM Manufacturing, 8/15/01. |
| 406 | | | | | Dillin to Dennis Group regarding revised quote for product conveying system, 8/16/01. |
| 407 | | | | | Dillin to Dennis Group regarding additional revised pricing for product conveying system, 8/16/01. |
| 408 | | | | | Delta fax to Schwan's regarding reconfiguration of the line, 8/27/01. |
| 409 | | | | | Bid and distribution list and Dennis Group request for quote regarding equipment rigging, 9/13/01. |
| 410 | | | | | Dennis Group memo regarding Delta systems and summary scope of work, 9/20/01, Deposition Exhibit 76. |
| 411 | | | | | Schwan's memo regarding Delta meeting, 9/21/01, Deposition Exhibit 77. |
| 412 | | | | | Dennis Group request for quote electrical construction phase, 9/21/01. |
| 413 | | | | | Dennis Group Form of Acknowledgment for Equipment Rigging by Steel Industries, Inc., 10/2/01. |
| 414 | | | | | Schwan's PO regarding electrical work and Dennis Group quote for electrical construction Phase I, 10/8/01. |
| 415 | | | | | Delta invoice, 10/11/01. |
| 416 | | | | | Schwan's/Delta e-mail regarding agreement and quote for work, 10/22/01, Deposition Exhibit 79. |
| 417 | | | 12/4 | (R) | Schwan's to Delta regarding addendum for Line 4 improvements, 10/22/01, Deposition Exhibit 78. |
| | | | | | |
| 419 | | | | | Dillin to Dennis Group regarding summarized pricing for package product conveying/accumulation system, 10/24/01 and purchase order to Dillin Engineering. |
| 420 | | | | | PO to Dennis Group for Quantum Topping Systems, 12/4/01. |
| 421 | | | | | Bid and distribution list and Dennis Group request for quote for process rigging, 12/28/01. |
| 422 | | | | | Dennis Group spec for equipment rigging Line 4 processing, 12/28/01. |
| 423 | | | | | Quantum topping systems spec, starting equipment specs for project, 12/28/01 |
| 424 | | | | | Bid and distribution list and request for quote for electrical construction Phase II, 1/16/02. |
| 425 | | | | | PO to Moren Electrical, 1/28/02. |

| | | | | | |
|---|---|---|---|---|---|
| 426 | | | | | PO to Diversified Industrial Mechanical, 1/28/02. |
| 427 | | | | | PO to Line Source for case ware install, 1/28/02 and Dennis Group request for quote for check weigher, 6/19/01. |
| 428 | | | | | PO to Volpenhein Electric, 1/31/02. |
| 429 | | | | | PO to Volpenhein Electric, 1/31/02. |
| 430 | | | | | Delta to Schwan's regarding removal of circle placers, 2/8/02. |
| 431 | | | | | PO to Volpenhein Electric, 2/18/02. |
| 432 | | | | | Doboy e-mail regarding operating at 87% efficiency, 9/16/99. |
| 433 | | | | | Doboy 3:2 drawing, Deposition Exhibit 114. |
| 434 | | | | | Doboy drawing of line, 4/19/99, Deposition Exhibit 115. |
| 435 | | | | | Doboy memos regarding project meetings from 1/5/99, 10/23/98 and 4/28/98 (regarding review of infeed, control and assembly floor, and start of possible project). |
| 436 | | | 12-2 | R | PO for conveyor system after Quantum saucer and Dillin correspondence to Dennis Group regarding summarized pricing for Line 4 improvement, 11-2-01/10-23-01. |
| 437 | | | | | Purchase Order to Dillin, 11/02/01. |
| 438 | | | | | Gardner memo to Ingolia regarding Gardner observations (JG00156-JG00160). |
| 439 | | | 11-29 | NJ | Line animation from Sebesta Blomberg. Illustrative |
| 440 | | | 11-29 | R | Video taken 3/16/00. |
| 440a 441 | | | | | Video taken 3/23/01. |
| 442 | | | 11-29 | R | Sebesta Blomberg line overview illustration. |
| 443 | | | | | Sebesta Blomberg 3:2 illustration. |
| 444 | | | 11-29 | R | Dennis Group drawing, 6/20/01, Deposition Exhibit 132A. |
| 445 | | | 11-29 | R | Plant overhead drawing showing construction history, 7/21/04. |
| 446 | | | | | Photos of line from Doboy. |
| 447 | | | | | Video of line from Doboy. |
| 448 | | | | | Other illustrative exhibits |
| 449 | | | | | All other photos related to this matter |
| 450 | | | | | All other videos related to this matter |
| 451 | | | 12-1 | R | Art Cobb CV |
| 452 | | | 12-1 | R | Jorn Remmem CV |
| 452a | | | 12-1 | R | |

| | | | | | |
|---|---|---|---|---|---|
| 453 | | | | | Illustrative Exhibits from Sebesta Blomberg/Remmem |
| 454 | | | | | Illustrative Exhibits from Cobb/Beukelman |
| 455 | | | | | Project Expenditure Authorization Form, 1-22-99, Depo Exhibit 134 |
| 456 | | | | | Project Expenditure Authorization Form, 3-19-01, Depo Exhibit 135 |
| 457 | | | | | Doboy memo called "SSE NOTES" (undated) |
| 458 | | | | | Doboy memo to "Mike" re: status, 8-99 (D04788-04789) |
| 459 | | | | | Downtime Production Lost Time Log Sheets 7/99 – 4/00 |
| 460 | | | | | Downtime Production Lost Time Log Sheets 4/00 – 7/00 |
| 461 | | | | | Downtime Production Lost Time Log Sheets 8/00 – 11/00 |
| 462 | | | | | Downtime Production Lost Time Log Sheets 12/00 – 3/01 |
| 463 | | | | | Downtime Production Lost Time Log Sheets 4/01 – 9/01 |
| 464 | | | | | Downtime Production Lost Time Log Sheets 9/01 – 12/01 |
| 465 | | | | | Daily Schedule Control 7/99 – 9/99 |
| 466 | | | | | Daily Schedule Control 10/99 – 5/00 |
| 467 | | | | | Daily Schedule Control 6/00 – 12/00 |
| 468 | | | | | Daily Schedule Control 1/01 – 6/01 |
| 469 | | | | | Daily Schedule Control 7/01 – 12/01 |
| 470 | | | | | 2001 Statement of Plant Operations |
| 471 | | | | | Production Schedules 10/99 – 2001 |
| 472 | | | 11-30 | R | Binders of Downtime records from 10/99 – 12/01 |
| 473 | | | | | Binders of Production Lost Logs for Line 4 |
| 474 | | | | | Production Schedules 10/99 – 2001 |
| 475 | | | | | Manufacturing Statements 2000 |
| 476 | | | | | Product Cost Sheets |
| 477 | | | | | Master Product Schedules 10/99 – 12/01 |
| 478 | | | 12-1 | R | Doboy Analysis, September 1999 – December 31, 2001, and supporting documents, including Depo Exhibits142 and 143. |
| 479 | | | | | Bakery Downtime 10/99 – 2001 |
| 480 | | | | | Binders of Pizza & Bakery Recaps 10/99 – 12/01 |
| 481 | | | 11-30 | R | E-mail/internal office correspondence supporting downtime records 10/99 – 12/01 a-d |

481 f S L

| | | | | | |
|---|---|---|---|---|---|
| 482 | | | | | CD Entitled "Waste File Pizza – All Lines 10/1/1999 – 12/30/2001" and all documents contained thereon |
| 483 | | | | | CD Entitled "Attainment & Downtime Summary Files Jan. 1997 thru Dec. 2001" and all documents contained thereon |
| 484 | | | | | CD Entitled " KY Labor Files 10/31/02" and all documents contained thereon |
| 485 | | | | | Lorna Beukelman CV |
| 486 | | | 12-1 | R | Documents supporting Art Cobb report |
| 487 | | | | | Documents supporting Sebesta Blomberg report |
| | | | | | Any exhibits listed by Doboy |
| | | | | | Any exhibits necessary for impeachment, rebuttal, or to establish foundation |
| | | | | | Schwan's reserves the right to add the following as exhibits in this matter depending on the evidence introduce at trial: all deposition exhibits in this matter; all depositions taken in this matter; all documents, photographs and other materials exchanged during this matter; and all answers to interrogatories, responses to requests for production of documents (including documents) and responses to requests for statements produced during this matter. |
| | | | | | Any other exhibits that may become known before trial |
| | | | | | |

Dated: 11-21-05

Michael D. Hutchens #167812
Chad J. Stepan. #279535
Jennifer E. Ampulski #278725
Attorneys for Schwan's Sales Enterprises, Inc.
Meagher & Geer, P.L.L.P.
33 South Sixth Street, #4200
Minneapolis, MN 55402
(612) 338-0661

/1279234