✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Schwan's Sales Enterprises, Inc.,

V.

SIG Pack, Inc., Doboy Division,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-263 JNE/AJB

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of the Plaintiff and Counterclaim Defendant, Schwan's Sales Enterprises, Inc., in the amount of Five Hundred Twenty Four Thousand, Seven Hundred Forty Six Dollars ($524,746).

December 13, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge