**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Schwan's Sales Enterprises, Inc., Civil No. 01-SC-263 JNE/AJB

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

.

**PLAINTIFF AND COUNTERCLAIM DEFENDANT SCHWAN'S SALES ENTERPRISES, INC.'S MOTION TO AMEND THE JUDGMENT**

**MOTION**

Under Federal Rule of Civil Procedure 59(e), Schwan's hereby moves the court for an order amending the judgment entered on December 13, 2005, to include pre-judgment interest. Minnesota law controls this issue. The law of the forum (Minnesota) determines whether the law at issue – Minnesota Statute Section 549.09, the pre-judgment interest statute - is procedural or substantive. If the law is procedural, the law of the forum applies. Under Minnesota law, section 549.09 is procedural, and therefore, Section 549.09 determines the outcome of this motion. Section 549.09 establishes that Schwan's is entitled to interest on the judgment it received from the date the suit commenced to the date of judgment. As a result, Schwan's is entitled to pre-judgment

interest from March 15, 2001, to December 13, 2005, in the amount of $97,617.12.

Schwan's motion to amend the judgment is based upon all the files, records and proceedings herein, the arguments of counsel and its Memorandum of Law.

Dated: __December 22, 2005___

s/ Chad J. Stepan______
Michael D. Hutchens #167812
Jennifer Ampulski #278725
Chad J. Stepan #279535
*MEAGHER & GEER, P.L.L.P.*
33 South Sixth St., Suite 4200
Minneapolis, MN 55402
(612) 338-0661

/1289429

***Attorneys for plaintiff and counterclaim defendant Schwan's Sales Enterprises, Inc.***