**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc., Civil No. 01-SC-263 JNE/AJB

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

.

---

**PLAINTIFF AND COUNTERCLAIM DEFENDANT SCHWAN'S SALES ENTERPRISES, INC.'S NOTICE OF MOTION FOR MOTION TO AMEND THE JUDGMENT**

---

TO DEFENDANT AND COUNTERCLAIM PLAINTIFF AND ITS COUNSEL:

PLEASE TAKE NOTICE that, under Rule 59(e) of the Federal Rules of Civil Procedure, plaintiff and counterclaim defendant Schwan's Sales Enterprises, Inc., will move to Amend the Judgment to include pre-judgment interest before the Honorable Joan N. Ericksen, United States District Judge, at the U.S. District Court, 300 South Fourth Street, Minneapolis, MN 55415, on _______________, at __________, or as soon thereafter as counsel can be heard.

Dated: __December 22, 2005____

__s/ Chad J. Stepan________

Michael D. Hutchens #167812
Jennifer Ampulski #278725
Chad J. Stepan #279535
*MEAGHER & GEER, P.L.L.P.*
33 South Sixth St., Suite 4200
Minneapolis, MN 55402
(612) 338-0661

/1289363

***Attorneys for plaintiff and counterclaim defendant Schwan's Sales Enterprises, Inc.***