CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing memorandum of law in support of Schwan's motion to amend the judgment conforms to the requirements of LR 7.1(c) and (e). This memorandum was prepared using Microsoft Word 2002 and was produced using 13-point font. The length of this memorandum is 2,001 words. The word count of the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, but excluding the caption and signature block.

_s/ Chad J. Stepan_____
Chad J. Stepan

/1289433