**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc., Civil No. 01-SC-263 JNE/AJB

Plaintiff and
Counterclaim Defendant,

vs. **AFFIDAVIT OF CHAD J. STEPAN**

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

CHAD J. STEPAN, being first duly sworn and upon oath, states and deposes:

1. That your affiant practices with the law firm of Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4200, Minneapolis, Minnesota.

2. That your affiant is one of the attorneys representing Plaintiff and counterclaim defendant, Schwan's Sales Enterprises, Inc. ("Schwan's"), in the above-entitled matter, having personal knowledge of the matters testified hereto.

3. That all of the exhibits referenced herein are in conjunction with Schwan's motion to amend the judgment.

4. That attached as Exhibit A is a true and correct copy of Schwan's answer and counterclaim, dated March 15, 2001.

5. That attached as Exhibit B is a true and correct copy of the Judgment entered on December 13, 2005.

6. That attached as Exhibit C is true and correct copy of Doboy's proposal to Schwan's.

7. That attached as Exhibit D is a true and correct copy of the interest calculation for pre-judgment interest on the judgment amount.

8. That attached as Exhibit E is a true and correct copy of the unpublished opinion *Lakehead Electric Co. v. Lakehead Pipe Line Company, Inc.*, 1993 Minn. App. LEXIS 1214, * (December 14, 1993)

FURTHER YOUR AFFIANT SAITH NOT.

s/ Chad J. Stepan
CHAD J. STEPAN

Subscribed and sworn to before me this
22nd day of December, 2005.

s/Joan Baller
Notary Public

/1289435