AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Schwan's Sales Enterprises, Inc.,

V.

SIG Pack, Inc., Doboy Division,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-263 JNE/AJB

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of the Plaintiff and Counterclaim Defendant, Schwan's Sales Enterprises, Inc., in the amount of Five Hundred Twenty Four Thousand, Seven Hundred Forty Six Dollars ($524,746).

December 13, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

**Barb O'Leary**

**From:** ecf-notice@mnd.uscourts.gov
**Sent:** Wednesday, December 14, 2005 8:56 AM
**To:** ecf-notice@mnd.uscourts.gov
**Subject:** Activity in Case 0:01-cv-00263-JNE-AJB Schwan's v SigPack, Inc "Judgment"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 12/14/2005 at 8:56 AM CST and filed on 12/13/2005
**Case Name:** Schwan's v SigPack, Inc
**Case Number:** 0:01-cv-263
**Filer:**
**Document Number:** 116

**Docket Text:**
JUDGMENT in favor of Plaintiff and Counterclaim Defendant, Schwan's Sales Enterprises, Inc. Signed by Judge Joan N Ericksen on 12/13/05. (Attachments: # (1) Civil Notice - appeal)(RJL)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=12/14/2005] [FileNumber=803651-0 ] [3948e10300f3db4bc2073a84f1caa136d51edffdc3420b06ef8aa792e402ee19aa7 6221754a5c839025344ad275c0dacf59900a7a1785f728481e43c598fa8cc]]
**Document description:**Civil Notice - appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=12/14/2005] [FileNumber=803651-1 ] [3b7af3d842b3e18f1e807c9dca7fe44e33706f1824fcb1ba68ce2bf1ef710d8a616 c3ca4f85c1954d68901a37999d97d92c6ad6776ae61830ab6c9a56c1174fb]]

**0:01-cv-263 Notice will be electronically mailed to:**

Jennifer E Ampulski jampulski@meagher.com, cfink@meagher.com; uscourtfiling@meagher.com

Paul E D Darsow pedarsow@arthurchapman.com

Michael D Hutchens mhutchens@meagher.com, boleary@meagher.com

12/14/2005

Geoffrey P Jarpe gjarpe@winthrop.com, charrigan@winthrop.com

James F Killian james.killian@maslon.com, deneen.stutzka@maslon.com

James F Mewborn jfmewborn@arthurchapman.com

Chad J Stepan cstepan@meagher.com, boleary@meagher.com

**0:01-cv-263 Notice will be delivered by other means to:**

John Thomas Chapman
Arthur Chapman Kettering Smetak & Pikala, PA
81 S 9th St Ste 500
Mpls, MN 55402-3214