SIG Pack Inc.
Doboy Division
869 South Knowles Ave.
New Richmond, WI 54017
Tel: (715) 246 6511
Fax: (715) 246 6539

SIG pack

Ex. 84

November 20, 1998

Mr. Marion Dome
SCHWAN'S SALES ENTERPRISES
3019 Scanlan Avenue
Salina, KS 64701-8198

Fax: 785/822-2508

Dear Marion:

I offer the following amendment to Proposal No. 853502-764.

Doboy agrees to ship the packaging system as described in Proposal No. 853502-764 priced at $756,610.00 on May 14, 1999.

Doboy further agrees to credit $2,500.00 to Schwan's for each calendar day of delay if the machinery is shipped after May 14, 1999.

Doboy and Schwan's will meet on November 30, 1998 to come to a mutual agreement on the system specifications. Any changes to specifications after this meeting will result in a change of ship date without invokement of the delay charges.

Doboy will not acknowledge responsibility for delays created by Schwan's including, but not limited to:

1. Receipt of down payment and specifications by 1 December 1998.
2. Receipt of packaging materials.
3. Receipt of product samples.
4. Receipt of test samples.
5. Customer design approvals.
6. Design or specification changes.
7. Customer factory acceptance checkout.
8. Delayed progress payments.
9. Acts of God, warfare, labor unrest, etc....

Marion, I thank you for your interest in Doboy packaging equipment and look forward to a long and mutually beneficial relationship.

Best regards,

Terry Palmer
Account Manager – Wrappers

na

SSE 001672

EXHIBIT
B

1

SIG Pack Inc.
Doboy Division
869 South Knowles Ave.
New Richmond, WI 54017
Tel: (715) 246 6511
Fax: (715) 246 6539

SIG pack

# PROPOSAL #853502-764

SCHWAN'S SALES ENTERPRISES
3019 Scanlan Avenue
Salina, KS 64701-8198

**Attention:** Mr. Marion Dome
Fax: 785/822-2508

17 November 1998

c: Brian Guynn – CURTIS PACKAGING - Fax: 816-356-7133
Jim Hendrix – CURTIS PACKAGING – Fax: 314-298-8235

---

## MACHINE MODELS BEING QUOTED

Doboy Two Leg Packaging System including: (Reference Floor Plan No. 451594)

- Doboy three to two lane converger.
- Two Doboy SK Microtronic Horizontal Wrappers.
- Two Doboy Four belt non-contact Servo Infeeds.
- Two SK300 Shrink Tunnels.

## PRODUCT SPECIFICATIONS

The proposed equipment will be designed to convey the following products:

| Description | Length | Height | Operating Speed |
|---|---|---|---|
| Pizza | 10-12" Diameter | 1.5 | Up to 80-rows / min |

NOTE: The system will be designed to run Pizza's from 6 to 15 inches in diameter.

SSE 001673

## PRODUCT SAMPLES

Product samples are critical to the success of your project. Ten (10) samples of each size product are required with your order for engineering evaluation and design work. An additional quantity of each product and wrapping material will be required at Doboy two weeks prior to the shipment of your equipment. Approximately ten (10) minutes worth of product (packages per minute x minutes) is the minimum quantity required for adequate testing and debugging at Doboy. Doboy is NOT responsible for delays in shipment due to a lack of product samples or wrapping materials.

## GUARDING

The guarding of the system is designed for maximum operator safety. Where beneficial, guarding will be hinged for accessibility. All interlocked guards will be incorporated into safety circuit which will automatically stop the associated equipment. The equipment will not operate with these guards open. All guarding not equipped for ready-operator accessibility will require tooling to remove.

## OPERATING INSTRUCTIONS

Included in the price of the system are two copies of our operation and parts manual. Included in this manual are sections on troubleshooting, maintenance procedures, electrical schematics, etc.

## ELECTRICAL SPECIFICATIONS

The system will be wired to accept 480 volt, 60 hertz, 3 phase with earth ground electrical service.

## THREE TO TWO LANE CONVERGER INCLUDES:

A. One 36-inch long poly cord diverging convey to increase spacing between columns.

B. One 36-inch long mat top acceleration and laning conveyor. Increases distance between pizza and places them on three known centers.

C One 30-inch long phasing conveyor Adjusting positions of outside lanes relative to center lane creating a space so the center lane can be swept to either side.

D. One 8-foot long mat top conveying converger with PHD air slide sweep mechanisms.

E. Two S-curve mat top product conveyors separate the two lanes for delivery to automatic wrapper infeeds.

F. Allen-Bradley SLC 504 programmable controller

**TOTAL PRICE OF CONVERGING UNIT AS SPECIFIED ABOVE:**
**F.O.B. Florence, KY ........................................................................ $165,325.00**

**BASE WRAPPER INCLUDES:**

A. Heavy-duty frame to assure permanent bearing alignment during continual high-speed operation.

B. All electronic drive to assure a smooth, quiet, high-efficiency operation. Servo motors are sealed brushless type.

C. Infeed conveyor is included in feeder pricing.

D. 36-inch wide double parent roll backstand – equipped with festoon rollers and integral parent roll brake assemblies.

E. Adjustable pin wheel perforator.

F. Package cutoff length adjustment via servo driven power feed roll and vacuum belt (eliminates need for mechanical variator) includes digital display of set cutoff length. Allows film to be run independent from rest of machine. Ideal for threading film.

G. Combination static/hot shoe lap sealer.

H. One-up sealing head assembly, 6-inch diameter with 17.5-inch wide knife.

I. No mechanical epicycle required, sealing head pause a function of the sealing head servo motor, automatically matches set cutoff length. Includes built in torque protection.

J. Two-way eye correction – non-mechanical, self-compensating.

K. Solid state, proportioning type temperature controllers with digital readout. One controller provided for hot knife cut-off, and one controller for hot shoe lap seal. Plug-in type for easy removal.

L. Pivoting control panel for operator convenience. A touchscreen control panel is used to display various error messages, wrapper speed, mode of operation, cutoff length, and the output of several counters. Also has built-in diagnostics allowing quick isolation of component failures, vital information is pass code protected.

M. Allen-Bradley SLC 504 programmable controller – minimizes the need for relays, timers, etc. The PLC simplifies the control circuitry and can be expanded to accommodate future requirements.

N. Controlled acceleration and deceleration of wrapper during start and stop.

O. Machine stops with sealing head in open position during normal stop mode.

P. All normal product size change over adjustments are accomplished from the front of the machine.

Q. Standard voltage: 480-60-3 Electrical enclosures N.E.M.A. 4X, air conditioned.

R. Pre-programmed capability for up to ten product sizes.

S. Change parts for one size product (former and infeed chain).

T. Film hoist.

**TOTAL PRICE OF TWO UNITS AS SPECIFIED ABOVE:**
**F.O.B. , Florence, KY .................................................................. $293,460.00**

**<u>OTHER OPTIONS AVAILABLE:</u>**

1. Additional formers.............................................................................$760.00
2. Additional infeed chains..................................................................$1,400.00

**<u>BASE FEEDER INCLUDES:</u>**

A. Three gap closing conveyors, each driven individually by a servo-motor, controlled by gap sensing eye.

B. Servo-driven product metering conveyor which synchronizes product to wrapper infeed flights.

C. Product transfer section to infeed lugs – assist product transfer from metering belt to infeed conveyor.

D. No product eye – stops wrapper when no product supply.

E. Speed control eye controls wrapper speed.

F. Cantilevered construction.

G. Stainless steel construction.

H. Polycord conveyor construction.

I. 18-inch wide conveyor.

J. Five-foot long stainless pizza style infeed conveyor.

**TOTAL PRICE OF TWO UNITS AS SPECIFIED ABOVE.**
**F.O.B. , Florence, KY ........................................................................ $203,275.00**

**BASE SHRINK TUNNEL INCLUDES:**

A. 90-inch long heating chamber.

B. 10-inch high by 18-inch wide opening.

C. 140-inch overall length.

D. Stainless steel construction

E. 480v – 60 hz – 3 ph electrics.

**TOTAL PRICE OF TWO UNITS AS SPECIFIED ABOVE.**
**F.O.B. Florence, KY ........................................................................ $104,250.00**

## SYSTEM PRICING

System price includes converging system, two SK Microtronic Wrappers, two Servo Infeeds and two SK-300 Tunnels as described above, plus five days of installation/start up supervision and five days of operator/maintenance training four weeks after installation.
F.O.B., Florence, Kentucky ........................................................ $756,610.00

## SHIP DATE

Doboy agrees to ship equipment from its New Richmond, WI facility on 28 May 1999 if an order for the system is placed before December 1, 1998. Delays in order entry or in receiving adequate product and materials for testing will result in an equivalent change in the ship date. SHIP NO LATER - MAY 14 MAY 15

## EFFICIENCY

Doboy guarantees a system efficiency as measured by the attached document to be 97%.

## PAYMENT TERMS

Thirty percent down payment with order, thirty percent due with after drawing approval, thirty percent before shipping. Ten percent 10% on final acceptance. A copy of Doboy's final acceptance and efficiency agreement is attached.

## SPARE PARTS

Doboy will furnish Schwan's a complete list of recommended spare parts along with a list of all purchased components with manufacturing part numbers prior to system shipment.

## FIELD SERVICE RATES
Effective 1 January 1997

Doboy factory-trained Service Technicians and Engineers are available to provide customers with standard repair and maintenance service, machinery modifications, installation, startup assistance, and technical training.

| | Monday - Friday | | | |
|---|---|---|---|---|
| Description | Regular Rate | Overtime Rate | Saturday Rate | Sunday & Holiday Rate |
| TRAVEL LABOR | | | | |
| Technician | $55.00/hr. | $82.50/hr. | $82.50/hr. | $110.00/hr. |
| Engineer | $55.00/hr. | $82.50/hr. | $82.50/hr. | $110.00/hr. |
| SERVICE LABOR | | | | |
| Technician | $85.00/hr. | $127.50/hr. | $127.50/hr. | $170.00/hr. |
| Engineer | $105.00/hr. | $157.50/hr. | $157.50/hr. | $210.00/hr. |

SSE 001678

Note: Overtime applies after a continuous 8 hour period between 8:00 am and 5:00 p.m. (considered a standard work day), in a given 24 hour day and is/can be a combination of travel and service hours worked during the 8 hour period.

Note: Travel time is the time required to get from Doboy's facility to the customers facility and back.

The minimum charge for a Technician service call will be four hours or $340.00 plus all travel and living expenses.

The minimum charge for an Engineer service call will be four hours or $420.00 plus all travel and living expenses.

Normal travel expenses incurred by Doboy service personnel on the customer's behalf may include airport shuttle fee from Doboy New Richmond to the Minneapolis/St. Paul airport ($75.00 flat fee), train, airline, rental car, bus or taxi fare, tolls fees, and/or automobile at the rate of $.30 per mile.

Normal living expenses may include lodging, laundry, meals, telephone calls, rental car gas, etc.

Customer requested service personnel layovers (weekends) will have a flat rate charge of $375.00 per day plus living expenses.

Customer requested service personnel layovers (holidays) will have a flat rate charge of $680.00 per day plus living expenses.

**Note: When contacting Doboy's Field Service Department, please have your machine model name and machine serial number available for your customer service representative.**

**Customer's Responsibility for Installation Assistance:**

1) Report any visible damage to the received equipment to the freight carrier immediately at the time of equipment receipt before signing any receiving documents.

2) Uncrate and locate the equipment to its production location prior to startup.

3) Provide and secure all utility requirements to the equipment at its production location.

4) Provide mechanical and electrical assistance to Doboy's Service Technician.

**Customer's Responsibility for Installation and Service Assistance:**

I. Advise Doboy's Field Service Supervisor (FSS) at the time of request for service of any of the following:
   A. Safety requirements, i.e. shoes, clothing, hard hat, ear protection, eye protection, hair net, or prohibition of beards, rings, watches, etc.
   B. If production environment is wet or cold.
   C. If there are any security requirements.
   D. Please fax FSS a map from the airport to your plant.
   E. Plant hours of operation.

II. Please provide the following when requesting field service:
   A. PURCHASE ORDER NUMBER. Service will not be provided unless a purchase order number is provided prior to the technician's departure.
   B. Bill To and Ship To address where the work is to be performed.
   C. Name of primary and secondary contact person.
   D. Phone number of primary and secondary contact person.

III. Terms are net 30 days from date of invoice. A late fee of $50.00 per invoice and finance charges of .5 percent per month on the unpaid balance will be charged on invoices past 30 days. Failure to pay Doboy service, machine, or parts invoices by the due date may delay future service assistance until unpaid balances are paid in full.

## TERMS AND CONDITIONS OF SALE

### PRICES

Prices do not include sales or use taxes. Delinquent accounts shall bear interest at a rate of one and one-half percent (1-1/2%) per month on the unpaid balance.

### WARRANTY

The warranty described herein shall be IN LIEU OF any other warranty, expressed or implied, including but not limited to, any implied warranty of MERCHANTABILITY or fitness for a particular purpose.

A. GOODS NOT MANUFACTURED BY SELLER CARRY ONLY THE MANUFACTURER'S WARRANTY.

B. SELLER assumes no responsibility for the quality or performance of wrapper materials, bags, containers, labels, glues, or other materials purchased from others for use with SELLER'S goods.

C. The machinery manufactured by SELLER is warranted to be free from defects in material or workmanship for a period of one (1) year from the date the equipment is shipped. All parts proving defective during this period, based on SELLER'S examination, will be repaired or replaced free of charge within a reasonable time. Said warranty shall not apply if the equipment has not been operated and maintained in accordance with SELLER'S written instructions applicable to such equipment. Such warranty shall not apply if such equipment has been repaired, altered or modified by anyone other than SELLER or SELLER'S authorized representative. This warranty does not apply to wearable or disposable items such as heat elements, cutting knives, and sealing bands.

## LIMITATION OF LIABILITY

BUYER AGREES THAT IN NO EVENT SHALL SELLER HAVE LIABILITY FOR DIRECT DAMAGES IN EXCESS OF THE CONTRACT PRICE OF THE GOODS IN RESPECT OF WHICH CLAIM IS MADE, AND BUYER FURTHER AGREES THAT IN NO EVENT SHALL SELLER HAVE ANY LIABILITY FOR LOSS OF USE, LOSS OF PROFITS OR FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND.

## CANCELLATION

Buyer may cancel all or any of the goods by written notice to the SELLER prior to sixty (60) days before the acknowledged shipping date. On receipt of cancellation notice, all work on the goods canceled will be stopped as promptly as reasonably possible. Buyer agrees to pay to SELLER contract prices for complete goods and SELLER'S full costs (including burden and overhead) plus twenty percent (20%) for incomplete goods. SELLER reserves the right to complete and ship goods canceled less than sixty (60) days prior to the acknowledged shipping date.

## TITLE - RISK OF LOSS - INSURANCE - ASSIGNMENT

Delivery of the goods, F.O.B. SELLER'S plant, to a carrier or Buyer shall constitute transfer of risk of loss. Title to the goods shall remain with SELLER as a named loss payee until the full purchase price is paid. Neither Buyer nor SELLER shall assign this contract without the prior written consent of the other.

## MISCELLANEOUS

This contract is the final, complete, and exclusive statement of the agreement between Buyer and SELLER. No terms, conditions, understandings, usage of the trade, courses of dealing, or agreements purporting to modify, vary, explain, or supplement this contract shall be binding unless and until hereinafter made in writing and signed by Buyer and SELLER. The validity, interpretation, and performance of this contract shall be governed by and construed in accordance with the laws of the State of Wisconsin.

**DOBOY DIVISION**

By: ______________________
Terry Palmer
Account Manager – Wrappers

Date: 17 November 1998

**SCHWAN'S SALES ENTERPRISES**

By: ______________________

Date: ______________________

# DOBOY EQUIPMENT PERFORMANCE GUARANTEE

1. INTRODUCTION

1.1. DOBOY wrapping and related equipment is guaranteed to perform at a specific stated performance rating, expressed as a percentage; a 100% rating would represent a machine which will run at the agreed maximum speed continuously, with no stoppages or lost production.

1.2. This document interprets the DOBOY EQUIPMENT PERFORMANCE GUARANTEE, and sets out the procedure for the Customer and DOBOY to determine the actual performance rating after the equipment has been installed (generally known as the acceptance test).

1.3. The actual percentage rating for the performance guarantee for the equipment sold will be determined by DOBOY and stated in the Sales Proposal for that equipment. When the sales proposal is accepted by the Customer, this document for the performance guarantee becomes part of the Sales Contract.

2. GENERAL ACCEPTANCE TESTS

2.1. The purpose of the acceptance test is to demonstrate that the equipment does comply with the performance guarantee as specified, to bring finality to the installation phase, and to provide a vehicle to facilitate final payment by Customer.

2.2. Experience has shown that an acceptance test of two hours in length which is strictly controlled and monitored, yields more realistic results than the longer multiple shift tests which are expensive and difficult to monitor properly

2.3. DOBOY will provide personnel and supervision to perform an acceptance test, in conjunction with the Customer's personnel, of two hours in length under strictly controlled conditions, as described below. The acceptance test must be performed after installation and start-up is complete in the Customer's plant, under production conditions.

3. FINAL INSPECTION AND CHECKOUT AT DOBOY

3.1. The Customer's personnel must inspect the equipment for general compliance with contract specifications before shipment.

3.2. A relatively small amount of product will be run through the equipment. The wrapped product will be evaluated for compliance of the wrap to specifications, and the degree of product degradation, if any, incurred during the process. During the test, allowance will be made for the difference between product samples used for the field tests at DOBOY, and the product which is wrapped in the Customer's plant under production conditions.

3.3. During the inspection at DOBOY, DOBOY will demonstrate all features of the equipment, as far as practicalities allow.

3.4. DOBOY does not provide the logistics required to carry out any testing at it's Plant beyond that described in this paragraph.

4. ACCEPTANCE TEST – PROCEDURE (at Customer's Plant)

4.1. Doboy equipment specified for testing will be formally tested for a period of two hours. During the test, the equipment will be operated by the Customer's trained personnel (see paragraph 6) with the support of DOBOY personnel.

4.2. All raw product entering the system and wrapped product discharged will be counted and visually inspected. The use of electronic counting methods will be made when possible. All wrapped product will be evaluated for compliance with the specifications.

4.3. The following formula will be applied to assess the performance of the equipment:

$$E = \left[ \frac{\text{wrapped salable product}}{\text{(raw product) - ("m" factor)}} \times 100 \right]$$

E = Efficiency expressed as a percentage

Wrapped salable product is defined as product that meets the Customer's quality standards (previously agreed to by DOBOY) for both package and contents, as stated in the Contract Documents.

Raw product is defined as product that meets the contract size and quality specifications, and is properly presented to the Doboy equipment for wrapping.

The "m" factor is a modifier in the equation that adjusts for bad product and incidents that are out of the control of the Doboy equipment.

Where applicable, downtime caused by the DOBOY equipment will be recorded and measured against the total test duration.

4.4. During the test, personnel from the Customer and DOBOY will be assigned to monitor certain areas and to record incidents, bad product, equipment jams or the like, so that a fair assessment of the efficiency can be made after quantifying the results.

4.5. If the results of the test show the efficiency to be equal to or greater than the previously agreed performance rating, then the equipment will be in compliance with contract specifications and acceptable, and the following will occur:

4.5.1. The Customer will take final ownership of the equipment and sign documentation accordingly.

4.5.2. The Customer will make final payment.

4.6. If the results of the test show the efficiency to be less than the previously agreed performance rating, then the equipment will not be in compliance with contract specifications. In this case, the procedure set out in paragraph 5 will apply.

5. ACCEPTANCE TEST – RECTIFICATION

5.1 If the equipment fails the acceptance test as per paragraph 4.6 above Doboy will with in a specified time limited agreed upon by both parties (Doboy and Weatherly Consumer Products) bring the equipment up to standards and perform a successful acceptance test.

5.2. If an acceptable acceptance test is performed within a reasonable time period, then the contract will be completed as in paragraph 4.5.

5.3. If DOBOY is unable to rectify the equipment within a reasonable time period and perform a successful acceptance test, then modifications to the Contract Specifications will be negotiated per the terms and conditions set out in the main Contract Documents. Cancellation can occur only by mutual agreement of the Customer and DOBOY in terms of the main Contract Documents.

5.4. During any retesting of the equipment, all DOBOY personnel will be provided entirely at DOBOY expense, if the failure of the original test was caused by the DOBOY equipment.

6. TRAINING OF CUSTOMER PERSONNEL

6.1. The training of Customer operating and maintenance personnel is a vital component in the success of the acceptance test, and the continued success of the Customer in taking ownership and operating the equipment on an ongoing basis.

6.2. Consequently, notwithstanding anything to the contrary, DOBOY will not honor any Performance Guarantee or carry out any Acceptance Test if the Customer's personnel are not adequately trained to operate and maintain the equipment.

6.3. DOBOY can provide standard and customized training programs to suit the needs of any application. Customers are strongly advised to discuss their training needs with DOBOY at the time of contract negotiation, and to purchase DOBOY training packages which are given by qualified factory trained instructors.

6.4. If a Customer chooses to use the services of an outside consultant to provide training, then the results of that training and the competency the Customer's personnel must be demonstrated to DOBOY before any test can be conducted.

7. CONCLUSION

7.1. The above policy governing the DOBOY EQUIPMENT PERFORMANCE GUARANTEE has been designed and adopted by DOBOY to cover most applications. However, DOBOY recognizes that special applications may require that some parts of the policy be modified. If any modifications are agreed to by DOBOY, additional costs may be involved.

7.2. Any questions or concerns regarding the terms and conditions of this policy should be directed to your DOBOY Sales Executive.


PRELIMINARY FLOOR PLAN DRAWING
TONY'S PIZZA
451594
SSE 001687
OPERATOR
OPERATOR
PRODUCT FLOW
PRODUCT FLOW