# Schwan's v. Doboy Interest Rate Calculation

**Based on case start of March 15, 2001, and Judgment entered on December 13, 2005**:

**Verdict: $524,746.00**

**Interest for 2001**: $524,746.00 X 6% = $31,484.76 (interest)

$31,484.76 / 365 days = $86.259616 (interest per day)

292 days X $86.259616 = $25,187.80

Interest for 2001 = $25,187.80

**Interest for 2002**: $524,746.00 X 2% = $10,494.92 (interest)

$10,494.92 / 365 = $28.753205 (interest per day)

Interest for 2002 = 10,494.92

**Interest for 2003**: $524,746.00 X 4% = $20,989.84 (interest)

$20,989.84 / 365 = $ 57.50641 (interest per day)

Interest for 2003 = $20,989.84

**Interest for 2004**: $524,746.00 X 4% = $20,989.84 (interest)

$20,989.84 / 365 = $ 57.50641 (interest per day)

Interest for 2004 = $20,989.84

**Interest for 2005**: $524,746.00 X 4% = $20,989.84 (interest)

$20,989.84 / 365 = $ 57.50641 (interest per day)

347 days X $57.50641 = $19,954.7246

Interest for 2005 = $19,954.72

**Total Pre-Judgment Interest Based on Verdict: $97,617.12**

**Judgment with pre-judgment interest added: $622,363.12**