UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Schwan's Sales Enterprises, Inc.,

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

Court File No: 01-SC-263 JNE/AJB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on December 22, 2005, I caused the following documents:

Plaintiff and Counterclaim Defendant Schwan's Sales Enterprises, Inc.'s Notice of Motion For Motion to Amend the Judgment

Plaintiff and Counterclaim Defendant Schwan's Sales Enterprises, Inc.'s Motion to Amend the Judgment

Schwan's Sales Interprises, Inc.'s Memorandum of Law in Support of Its Motion to Amend Judgment (Oral Argument Requested) with attached Certificate of Compliance

Affidavit of Chad J. Stepan with attached Exhibits A through E

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Paul E D Darsow
pedarsow@arthurchapman.com

Geoffrey P. Jarpe
gjarpe@winthrop.com

James F. Mewborn
jfmewborn@arthurchapman.com

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: December 22, 2005

s/Chad J. Stepan

Chad J. Stepan #279535