**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

SIG Pack, Inc., a Doboy Division,

Plaintiff and
Counterclaim Defendant,

vs.

Schwan's Sales Enterprises, Inc.,

Defendant and
Counterclaim Plaintiff.

**Civil File No.: 01-SC-263 JNE/AJB**

**LR7.1(C) CERTIFICATE OF COMPLIANCE AND WORD COUNT REGARDING SIG PACK, INC., DOBOY DIVISION'S MEMORANDUM IN OPPOSITION TO THE MOTION OF SCHWAN'S SALES ENTERPRISES, INC., TO AMEND THE JUDGMENT**

---

I, Paul E.D. Darsow, certify that Defendant SIG Pack, Inc., Doboy Division's Memorandum in Opposition to the Motion of Schwan's Sales Enterprises, Inc., to Amend the Judgment complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used WordPerfect Version 10, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,792 words.

Date: January 13, 2005

s/ *Paul E.D. Darsow*

James F. Mewborn (#72370)
Paul E. D. Darsow (#285080)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Plaintiff and Counterclaim Defendant SIG Pack, Inc., Doboy Division*