**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

SIG Pack, Inc., a Doboy Division, **Civil File No.: 01-SC-263 JNE/AJB**

Plaintiff and
Counterclaim Defendant,

vs. **CERTIFICATE OF SERVICE**

Schwan's Sales Enterprises, Inc.,

Defendant and
Counterclaim Plaintiff.

---

I hereby certify that on (date), I caused the following documents:

**Memorandum of SIG Pack, Inc., Doboy Division in Opposition to the Motion of Schwan's Sales Enterprises, Inc., to Amend the Judgment;**

**Affidavit of Paul E.D. Darsow**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mike Hutchens
Tom Propson
Chad Stepan
Meagher & Gear
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: January 13, 2006

s/Paul E.D. Darsow

Paul E.D. Darsow (#285080)