# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL CONTINUED

Schwan's,

Plaintiff,

v.

SigPack, Inc.,

Defendant.

**COURT MINUTES**
Case Number: 01sc263 (JNE/

| | |
|---|---|
| Date: | December 6, 2005 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:46 a.m. |
| Time in Court: | 46 Minutes |

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Michael Hutchens, Jennifer Ampulski, Chad Stepan
For Defendant: James Mewborn, Paul Darsow, Geoffrey Jarpe

## PROCEEDINGS:

**Defendant's Motion for Partial Summary Judgment is GRANTED. Count 5 is dismissed. It is ordered on the minutes.**

☐ **Jury Selection.**
☐ **JURY Trial - Began.**
☐ **JURY Trial - Ended**
☐ Jury impaneled
☐ Opening statements by both parties.
☒ **JURY Trial Held without the jury.**
☐ Trial continued to .
☐ Plaintiff's witnesses:
☐ Defendant's witnesses:
☐ Plaintiff rests. ☐ Defendant rests.
☐ Closing arguments.
☐ Jury received case at.
☐ Jury resumed deliberations on.
☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

☐ Verdict Rec'd at for:
- ☐ Plaintiff
- ☐ Defendant

☐ Court's Ruling:
- ☐ Judgment in favor of Plaintiff.
- ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk