# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL CONTINUED

Schwan's,

Plaintiff,

v.

SigPack, Inc.,

Defendant.

**COURT MINUTES**
Case Number: 01cv263 (JNE/

| | |
|---|---|
| Date: | December 9, 2005 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 2:15 a.m. |
| Time Concluded: | 2:25 p.m. |
| Time in Court: | 10 Minutes |

Trial before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Michael Hutchens, Jennifer Ampulski, Chad Stepan |
| For Defendant: | James Mewborn, Paul Darsow, Geoffrey Jarpe |

PROCEEDINGS:

**FURTHER JURY DELIBERATIONS**

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began.**
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled
- ☐ Opening statements by both parties.
- ☒ **JURY Trial Held.**
- ☐ Trial continued to .
- ☐ Plaintiff's witnesses:
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests. ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

- ☒ Verdict Rec'd at **2:15 P.M.** for:
  - ☒ Plaintiff
  - ☐ Defendant

- ☒ Court's Ruling:
  - ☒ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☒ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .

s/Sheri L. Frette
Signature of Calendar Clerk