# UNITED STATES DISTRICT COURT
## District of Minnesota

Schwan's Sales Enterprises, Inc.,

V.

SIG Pack, Inc., Doboy Division,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-263 JNE/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. SSE's Motion to Amend the Judgment (Docket No. 117) is GRANTED.
2. The Judgment (Docket No. 116) is AMENDED to provide that SIG Pack shall pay SSE $622,363.13, which is the amount of damages the jury awarded to SSE plus prejudgment interest.

January 25, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk