**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc., Civil No. 01-CV-263 JNE-AJB

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

# NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT FROM THE ORDER AND FINAL JUDGMENT OF THE UNITED STATES DISTRICT COURT

---

Notice is hereby given that SIG Pack, Inc., Doboy Division, Defendant and Counterclaim Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgment as amended and entered on the 25th day of January, 2006, and from the Order of the United States District Court for the District of Minnesota, which requires SIG Pack, Inc., Doboy Division, to pay Plaintiff and Counterclaim Defendant Schwan's Sales Enterprises, Inc., $97,617.13 in prejudgment interest, entered in this action on the 24th day of January, 2006.

Respectfully submitted,

ARTHUR, CHAPMAN, KETTERING
SMETAK & PIKALA, P.A.

Dated: 2/3/06

John T. Chapman (#16123)
James F. Mewborn (#72370)
Paul E. D. Darsow (#285080)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant and Counterclaim Plaintiff SIG Pack, Inc., Doboy Division*