U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A

Appeal Docket No. ______________

Appeal Information Form
To be filed with the Notice of Appeal

| STYLE OF CASE: CONTRACT/CIVIL | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| SIG Pack, Inc., Doboy Division, Appellant, | John T. Chapman, Esq.<br>James F. Mewborn, Esq.<br>Paul E. D. Darsow, Esq.<br>Arthur, Chapman, Kettering, Smetak & Pikala, P.A.<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402<br>(612) 339-3500<br><br>Geoffrey P. Jarpe, Esq.<br>Winthrop & Weinstine<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, MN 55402-4629 |
| vs. | |
| Schwan's Sales Enterprises, Inc., Appellee. | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>Michael D. Hutchens, Esq.<br>Chad J. Stepan, Esq.<br>Jennifer Ampulski, Esq.<br>Meagher & Geer, P.L.L.P.<br>33 South Sixth Street<br>Suite 4200<br>Minneapolis, MN 55402<br>(612) 338-0661 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. (X) No.

Whether the United States District Court for the District of Minnesota properly awarded prejudgment interest pursuant to Minn. Stat. § 549.09 (2006) in favor of Appellee, in a case governed by Wisconsin law, when Wisconsin law precludes an award of prejudgment interest, because Appellee's damages were neither readily ascertainable nor determinable with reasonable exactness.

FOR LEAD COUNSEL ONLY

I __X__ have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal __X__ is (____is not) amenable to settlement.

Submitted by: James F. Mewborn 2/3/06

James F. Mewborn (#72370) Date
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at:
www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain