**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc., Civil No. 01-CV-263 JNE-AJB

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

**STATEMENT OF ISSUE ON APPEAL**

---

Pursuant to Fed.R.App.P. 10(b)(3)(A), Defendant and Counterclaim Plaintiff SIG Pack, Inc., Doboy Division, intends to present to following issue on appeal to the United States Court of Appeals for the Eighth Circuit:

> Whether the United States District Court for the District of Minnesota properly awarded prejudgment interest pursuant to Minn. Stat. § 549.09 (2006) in favor of Appellee, in a case governed by Wisconsin law, when Wisconsin law precludes an award of prejudgment interest because Appellee's damages were neither readily ascertainable nor determinable with reasonable exactness.

Respectfully submitted,

ARTHUR, CHAPMAN, KETTERING
SMETAK & PIKALA, P.A.

Dated: 2/3/06

John T. Chapman (#16123)
James F. Mewborn (#72370)
Paul E. D. Darsow (#285080)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant and Counterclaim Plaintiff SIG Pack, Inc., Doboy Division*