**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc.,

Civil No. 01-CV-263 JNE-AJB

Plaintiff and
Counterclaim Defendant,

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

## CERTIFICATION THAT NO TRANSCRIPT IS REQUIRED

---

Pursuant to Fed.R.App.P. 10(b), Defendant and Counterclaim Plaintiff SIG Pack, Inc., Doboy Division, hereby certifies that no transcript is required for purposes of this appeal, which involves the limited issue of whether prejudgment interest was properly awarded.

Dated: 2/3/06

Respectfully submitted,
ARTHUR, CHAPMAN, KETTERING
SMETAK & PIKALA, P.A.

John T. Chapman (#16123)
James F. Mewborn (#72370)
Paul E. D. Darsow (#285080)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant and Counterclaim Plaintiff SIG Pack, Inc., Doboy Division*