Court Name: US District Court Minnesota
Division: 3
Receipt Number: 34641000216
Cashier ID: lscalici
Transaction Date: 02/06/2006
Payer Name: ARTHUR, CHAPMAN, KETTERING, SM

---

NOTICE OF APPEAL/DOCKETING FEE
For: ARTHUR, CHAPMAN, KETTERING, SM
Case/Party: D-DMX-0-01-CV-000263-001
Amount: $255.00

---

CHECK
Check/Money Order Num: 236064
Amt Tendered: $255.00

---

Total Due: $255.00
Total Tendered: $255.00
Change Amt: $0.00

SCANNED
FEB 07 2006
U.S. DISTRICT COURT MPLS