23606

ARTHUR CHAPMAN
KETTERING SMETAK & PIKALA P.A.
Attorneys at Law

*500 Young Quinlan Building*
*81 South Ninth Street*
*Minneapolis, MN 55402-3214*
*Telephone (612) 339-3500*
*Fax (612) 339-7655*
*www.arthurchapman.com*
*AN EQUAL OPPORTUNITY EMPLOYER*

**PAUL E. D. DARSOW**
*Attorney At Law*
*Direct Dial (612) 375-5952*
*pedarsow@arthurchapman.com*

February 3, 2006

RECEIVED
FEB 0 6
U.S. DISTRICT COURT
ST. PAUL, MN

Warren E. Burger Federal Building
Attn: Appeals Division
180 East Fifth Street
St. Paul, MN 55101

RE: Schwan's Sales Enterprises, Inc. v. SIG Pack, Inc., Doboy Division
Our File No: 01-CV-263 JNE/AJB

Dear Sir/Madam:

Enclosed please find a check in the amount of $255.00 for the Notice of Appeal to the United States Court of Appeals for the Eighth Circuit from the Order and Final Judgment of the United States District Court.

I also call your attention to the fact that no transcript is required. The following materials constitute the record which Appellant intends to include in a separate Appendix:

1. Schwan's Sales Enterprises, Inc.'s Notice of Motion and Motion to Amend Judgment;
2. Motion to Amend the Judgment;
3. Memorandum of Law in Support of its Motion to Amend the Judgment;
4. Affidavit of Chad J. Stepan and attached exhibits;
5. Memorandum of SIG Pack, Inc., Doboy Division in Opposition to the Motion of Schwan's Sales Enterprises, Inc. to Amend the Judgment;
6. Affidavit of Paul E.D. Darsow and attached exhibits;
7. Order granting prejudgment interest; and
8. Amended Judgment.

SCANNED
FEB 0 7 2006
U.S. DISTRICT COURT MPLS

RECEIVED
FEB 0 6 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

Should you have any questions or comments please do not hesitate to contact me. Thank you.

Sincerely,

Paul E. D. Darsow

PEDD/kaa
Enclosure
cc: Geoffrey P. Jarpe, Esq.
Michael Hutchens, Esq.