**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc.,
Plaintiff and Counterclaim Defendant,

Civil No. 01-CV-263 JNE-AJB

vs.

SIG Pack, Inc., Doboy Division,

Defendant and Counterclaim Plaintiff.

---

**NOTICE OF APPEARANCE**

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Erica Gutmann Strohl shall appear as counsel of record along with Michael D. Hutchens and Chad J. Stepan for plaintiff Schwan's Sales Enterprises, Inc. in this case.

Dated: February 9, 2006

By s/Erica Gutmann Strohl

Erica Gutmann Strohl, #279626
Michael D. Hutchens #167812
Chad J. Stepan #0279535
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Tel: (612) 338-0661
Fax: (612) 338-8384

1303750