UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

February 23, 2006

Mr. Paul Edward David Darsow
ARTHUR & CHAPMAN
500 Young Quinlan Building
81 S. Ninth Street
Minneapolis, MN 55402-3214

Re: 06-1571 Schwan's Sales vs. SIG Pack, Inc.

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
FEB 24 2006
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Chad J. Stepan
Jennifer Elizabeth Ampulski
Michael D. Hutchens
Erica Gutmann Strohl
James Franklin Mewborn
John T. Chapman
Maria Weinbeck, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-263 JNE/AJB