## EXHIBIT LIST TO BILL OF COSTS

A.  Invoice Nos. 1824; 1825; 1826; 1827 and 1828 from Schwan's to Meagher & Geer, PLLP

B.  Letter dated 4/12/02 to John Chapman from Mark Heley

C.  Invoice #7859 to Mark Heley

D.  Letter dated 1/4/06 to Brian Sattler from Chad Stepan with statements

E.  Letter dated 12/5/05 to Brian Sattler from Sylvia Naim with Invoice in amount of $375.00

F.  Letter dated 12/5/05 to Brian Sattler from Sylvia Naim with invoices totaling $5,274.72

G.  Invoice #05-166695 from NightOwl Document Management

H.  Letter dated 11/29/05 to Brian Sattler from Sylvia Naim with invoices totaling $1,366.20

I.  Letter dated 11/14/05 to Brian Sattler from Sylvia Naim with invoice in amount of $5,122.20 from K&B Copy Group, Inc.

J.  Letter dated 11/4/05 to Brian Sattler from Sylvia Naim with invoice in amount of $904.05 from K&B Copy Group, Inc.

K.  Letter dated 8/9/04 to Brian Sattler from Chad Stepan with statement in amount of $400 from Robert G. Schiefelbein

L.  Business card of Jonna J. Schrupp of Huber Court Reporting

M.  Letter dated 1/17/01 to Jarpe and Heley with invoice from Greene Espel, PLLP

N.  Request for Check dated 4/5/01 for $576.00 – mediation fee

O.  Request for Check dated 3/25/03 for $861.35 – court reporting fee

P.  Invoice Nos. 444882; 477060 and 507108 from Metro Legal Services to Meagher & Geer, PLLP

Q.  Facsimile Transmittal w/attachments dated 12/27/05 from Sebesta Blomberg to Sylvia Naim

R.  Invoice Nos. 950001882 and 950001880 from Sebesta Blomberg to Meagher & Geer, PLLP

S.  Facsimile Transmission w/attachments dated 12/23/05 from Cobb & Associates to Sylvia Naim.

T.  Facsimile Transmission w/attachments dated 12/23/05 from Cobb & Associates to Sylvia Naim.

U.  Letter dated 12/15/05 to Chad Stepan from Cobb & Associates

/1310501

SCHWAN'S FOOD MANUFACTURING, INC
7605 EMPIRE DRIVE
FLORENCE, KY. 41042

### INVOICE
1824

TO:    Meagher & Geer, P.L.L.P.
33 South 6th Street, Suite 4400
Minneapolis, MN 55402

| INVOICE DATE | | TERMS | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 02/08/2006 | | Net 30 Days | | | | 1824 |

| Name | Expense | Reason | Qty | Amount | AMOUNT |
|---|---|---|---|---|---|
| Kyle Graven | Taxi | Doboy Trial | 1 | $60.98 | $60.98 |
| Kyle Graven | Travel-Consult | Doboy Trial | 1 | $346.57 | $346.57 |
| Kyle Graven | Travel Fares | Doboy Trial | 1 | $213.58 | $213.58 |
| Kyle Graven | Meals | Doboy Trial | 1 | $38.93 | $38.93 |
| Kyle Graven | Witness Prep / Trial | Hours | 11 | $25.00 | $275.00 |
| | | | | | $0.00 |
| | | **TOTAL AMOUNT DUE** | | | $935.06 |

REMIT TO:
SCHWAN'S GLOBAL SUPPLY CHAIN, INC.
7605 EMPIRE DRIVE
FLORENCE, KY   41042
ATTN:  AMANDA PATRICK



**EXHIBIT**

A

SCHWAN'S FOOD MANUFACTURING, INC
7605 EMPIRE DRIVE
FLORENCE, KY. 41042

**INVOICE**

1825

TO:    Meagher & Geer, P.L.L.P.
33 South 6th Street, Suite 4400
Minneapolis, MN 55402

| INVOICE DATE | | TERMS | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 02/08/2006 | | Net 30 Days | | | | 1825 |

| Name | Expense | Reason | Qty | | Amount | AMOUNT |
|---|---|---|---|---|---|---|
| Mohamed Basma | Rental Car | Doboy Trial | 1 | | $463.43 | $463.43 |
| Mohamed Basma | Lodging | Doboy Trial | 1 | | $401.70 | $401.70 |
| Mohamed Basma | Travel Fares | Doboy Trial | 1 | | $576.80 | $576.80 |
| Mohamed Basma | Meals | Doboy Trial | 1 | | $62.06 | $62.06 |
| Mohamed Basma | Witness Prep / Trial | Hours | 16 | | $25.00 | $400.00 |
| | | | **TOTAL AMOUNT DUE** | | | $1,903.99 |

REMIT TO:
SCHWAN'S GLOBAL SUPPLY CHAIN, INC.
7605 EMPIRE DRIVE
FLORENCE, KY  41042
ATTN:  AMANDA PATRICK

SCHWAN'S FOOD MANUFACTURING, INC
7605 EMPIRE DRIVE
FLORENCE, KY. 41042

**INVOICE**

**1826**

TO:    Meagher & Geer, P.L.L.P.
       33 South 6th Street, Suite 4400
       Minneapolis, MN 55402

| INVOICE DATE | | TERMS | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 02/08/2006 | | Net 30 Days | | | | 1826 |

| Name | Expense | Reason | Qty | Amount | AMOUNT |
|---|---|---|---|---|---|
| Thomas Corcoran | Lodging | Doboy Trial | 1 | $640.74 | $640.74 |
| Thomas Corcoran | Parking | Doboy Trial | 1 | $20.00 | $20.00 |
| Thomas Corcoran | Meals | Doboy Trial | 1 | $113.09 | $113.09 |
| Thomas Corcoran | Travel Fares | Doboy Trial | 1 | $294.73 | $294.73 |
| Thomas Corcoran | Taxi | Doboy Trial | 1 | $70.58 | $70.58 |
| Thomas Corcoran | Witness Prep/Trial | Hours | 19 | $25.00 | $475.00 |
| | | **TOTAL AMOUNT DUE** | | | $1,614.14 |

REMIT TO:
SCHWAN'S GLOBAL SUPPLY CHAIN, INC.
7605 EMPIRE DRIVE
FLORENCE, KY  41042
ATTN:  AMANDA PATRICK

SCHWAN'S FOOD MANUFACTURING, INC
7605 EMPIRE DRIVE
FLORENCE, KY. 41042

## INVOICE
### 1827

TO:   Meagher & Geer, P.L.L.P.
33 South 6th Street, Suite 4400
Minneapolis, MN 55402

| INVOICE DATE | | TERMS | | | INVOICE NUMBER |
|---|---|---|---|---|---|
| 02/08/2006 | | Net 30 Days | | | 1827 |

| Name | Expense | Reason | Qty | Amount | AMOUNT |
|---|---|---|---|---|---|
| Todd Jones | Lodging | Doboy Trial | 1 | $0.00 | $0.00 |
| Todd Jones | Parking | Doboy Trial | 1 | $0.00 | $0.00 |
| Todd Jones | Meals | Doboy Trial | 1 | $235.47 | $235.47 |
| Todd Jones | Travel Fares | Doboy Trial | 1 | $688.44 | $688.44 |
| Todd Jones | Witness Prep/Trial | Hours | 16 | $25.00 | $400.00 |
| | | | TOTAL AMOUNT DUE | | $1,323.91 |

REMIT TO:
SCHWAN'S GLOBAL SUPPLY CHAIN, INC.
7605 EMPIRE DRIVE
FLORENCE, KY  41042
ATTN: AMANDA PATRICK

SCHWAN'S FOOD MANUFACTURING, INC
7605 EMPIRE DRIVE
FLORENCE, KY. 41042

### INVOICE
1828

TO:    Meagher & Geer, P.L.L.P.
33 South 6th Street, Suite 4400
Minneapolis, MN 55402

| INVOICE DATE | | TERMS | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 02/08/2006 | | Net 30 Days | | | | 1828 |

| Name | Expense | Reason | Qty | Amount | AMOUNT |
|---|---|---|---|---|---|
| Randy Ingolia | Lodging | Doboy Trial | 1 | $1,532.78 | $1,532.78 |
| Randy Ingolia | Travel Fares | Doboy Trial | 1 | $765.06 | $765.06 |
| Randy Ingolia | Parking | Doboy Trial | 1 | $110.00 | $110.00 |
| Randy Ingolia | Meals | Doboy Trial | 1 | $591.01 | $591.01 |
| Randy Ingolia | Taxi | Doboy Trial | 1 | $196.50 | $196.50 |
| Randy Ingolia | Witness Prep/Trial | Hours | 96 | $25.00 | $2,400.00 |
| | | **TOTAL AMOUNT DUE** | | | **$5,595.35** |

REMIT TO:
SCHWAN'S GLOBAL SUPPLY CHAIN, INC.
7605 EMPIRE DRIVE
FLORENCE, KY   41042
ATTN:  AMANDA PATRICK



4200 MULTIFOODS TOWER
33 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384

DIRECT DIAL: (612)347-9106
INTERNET: MHELEY@meagher.com

April 12, 2002

John T. Chapman
Arthur, Chapman, Kettering, Smetak & Pikala, P.A.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214

RE:    SIG Pack, Inc., Doboy Division vs. Schwan's Sales Enterprises, Inc.
       Court File No. 01-CV-263 DWF/AJB
       Our File No. 53144-18

Dear Mr. Chapman:

    Enclosed please find the signed Stipulation to Amend Pretrial Scheduling Order in the above-referenced matter. Schwan's has agreed to the stipulation based on their representations that Doboy and its insurer will agree to a formal mediation of this matter on June 24, 2002 and participate in informal settlement discussions during April of 2002. Please call me after you have submitted this information to the court and provide me with a copy of the proposed Order. With regard to our informal discussions, please advise me if you require any further information beyond the expert witness reports already prepared. We can then determine the appropriate time and format for these informal discussions.

    Thank you for your assistance.

                              Very truly yours,

                              Mark J. Heley

MJH:cms:957387.1

Enclosures

cc:    Brian Sattler
       Bill McCormack
       Geoffrey P. Jarpe, Esq.

EXHIBIT
B

JONNA J. SCHRUPP
HUBER COURT REPORTING
204 WILSON AVENUE NORTHEAST
ST. CLOUD, MN 56304
(320) 259-0824

MR. MARK HELEY, ESQ.
4200 MULTIFOODS TOWER
33 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402

INVOICE    7859    09/25/02

RE:  SIG PACK, DOBOY VS SCHWAN'S

ORIGINAL + COPY

09/04/02    DEPOSITION OF TERRY PALMER

09/05/02    DEPOSITION OF MIKE CHRISTENSEN

TOTAL    $988.65

PLEASE MAKE CHECK PAYABLE TO JONNA J. SCHRUPP
SS # ████████

TERMS:  NET 30 DAYS


EXHIBIT
C



33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
www.meagher.com

Direct Dial: (612) 337-9646
Internet CSTEPAN@meagher.com

January 4, 2006

Mr. Brian Sattler
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:    SIG Pack, Inc., Doboy Division vs.
       Schwan's Sales Enterprises, Inc.
       Our File No.:     53144-18

Dear Mr. Sattler:

Enclosed please find a statement in the amount of $2,184.53 from Guy Hinton and a statement in the amount of $3,961.62 from The Dennis Group in connection with the above matter. Please pay them directly. Thank you.

Very truly yours,

Chad J. Stepan

CJS/bjo/1291562

Enc.

Arizona 8800 North Gainey Center Drive, Suite 261, Scottsdale, Arizona 85258 (480) 607-9719

EXHIBIT
D



33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 371-1313
Internet SNAIM@meagher.com

December 5, 2005

Mr. Brian Sattler
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:    SIG Pack, Inc., Doboy Division vs.
       Schwan's Sales Enterprises, Inc.
       Our File No.:        53144-18

Dear Mr. Sattler:

Enclosed please find an invoice from Digital Litigation in the amounts of $375.00 for the cost of preparing and delivering equipment to courtroom for preparation of using our demonstrative exhibits at trial. Please pay $375.00 directly to Digital Litigation. Should you have any questions please contact Chad Stepan.

Very truly yours,

Sylvia R. Naim
Paralegal to Chad J. Stepan

SRN/bab/1284310

Enclosure



EXHIBIT
E

# DIGITAL LITIGATION SOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2005 | 1533 |

3345 Lexington Ave. S | Suite 203 | Eagan, MN  55121
Office 651-681-8108 | Fax 651-681-8158

**Bill To**

Meagher & Geer
Attn: Jamie Moe
33 South Sixth Street
Suite 4200
Minneapolis, MN  55402

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Date | Hours | Description | Rate | Amount |
|------|-------|-------------|------|--------|
| 11/29/2005 | 2.5 | Prepare and deliver equipment to courtroom.  In court, demonstrate courtroom system to trial team. | 150.00 | 375.00 |
| | | Sales Tax | 6.50% | 0.00 |

| | **Total** | | | $375.00 |
|---|---|---|---|---|

Tax ID #41-2002835



MEAGHER
&GEER P.L.L.P.
A T T O R N E Y S · A T · L A W

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 371-1313
Internet SNAIM@meagher.com

December 5, 2005

Mr. Brian Sattler
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:    SIG Pack, Inc., Doboy Division vs.
       Schwan's Sales Enterprises, Inc.
       Our File No.:        53144-18

Dear Mr. Sattler:

Enclosed please find invoices from Night Owl Document Management Services in the amounts of $796.81, $973.79, $250.38, $391.62, $125.19, $2,364.57, $321.00, and $51.36 for the cost of copying trial exhibits to be used at trial. Please pay $5,274.72 directly to Night Owl Document Management Services at your earliest opportunity. Thank you.

Very truly yours,

Sylvia R. Naim
Paralegal to Chad J. Stepan

SRN/bab/1284306

Enclosures

EXHIBIT
F



**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier – A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
05-166633
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **Schwan** | **05-11167** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/23/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4,303.0 | Standard Litigation | 0.160 | 688.48 |
| 124.0 | B/W Litigation 11x17 | 0.300 | 37.20 |
| 19.0 | B/W Oversize-Sq. Ft. | 1.000 | 19.00 |

| | | |
|---|---|---|
| Subtotal | 744.68 |
| Sales Tax | 52.13 |
| **TOTAL** | 796.81 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS.  ALL INVOICES ARE DUE UPON RECEIPT.  INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS.  CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**NIGHT OWL**
DOCUMENT MANAGEMENT SERVICES

**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
05-166665
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| MEA1001 | 53144-18 | 05-11191 |
| Sales Rep ID | Customer Contact | Order Date |
| TMP | Sylvia | 11/28/05 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 3,811.0 | Heavy Litigation | 0.180 | 685.98 |
| 47.0 | B/W Litigation 11x17 | 0.300 | 14.10 |
| 48.0 | B/W Oversize-Sq. Ft. | 1.000 | 48.00 |
| 141.0 | Color Copies- 8.5x11 | 1.000 | 141.00 |
| 3.0 | Color Copies- 11x17 | 2.000 | 6.00 |
| 3.0 | CD Burn | 5.000 | 15.00 |

| | |
|---|---|
| Subtotal | 910.08 |
| Sales Tax | 63.71 |
| **TOTAL** | 973.79 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**PLEASE PAY FROM THIS
INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer
33 S. 6th St., Suite 4200
Attn: Beth Cloutier – A/P
Minneapolis, MN 55402**

# Invoice

Invoice
**05-166689**
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **53144-18** | **05-11196/PO8933** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/30/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 36.0 | B/W Blowup & Mount (per sq ft) | 6.500 | 234.00 |

|  |  |
|---|---|
| Subtotal | 234.00 |
| Sales Tax | 16.38 |
| **TOTAL** | 250.38 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT
OF THIS INVOICE**

RECEIVED BY: _____ DATE: _____



**NIGHTOWL**
DOCUMENT MANAGEMENT SERVICES

**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
33 S. 6th St., Suite 4200
Attn: Beth Cloutier - A/P
Minneapolis, MN 55402

# Invoice

Invoice
05-166688
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **53144-18** | **05-11190/PO8926/8927** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/30/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 12.0 | B/W Blowup & Mount (per sq ft) | 6.500 | 78.00 |
| 12.0 | Color Blowup & Mount (per sq ft) | 24.000 | 288.00 |

| | |
|---|---|
| Subtotal | 366.00 |
| Sales Tax | 25.62 |
| **TOTAL** | 391.62 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____ DATE: _____



**PLEASE PAY FROM THIS
INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
05-166684
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **53144-18** | **05-11168/PO8911** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/30/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 18.0 | B/W Blowup & Mount (per sq ft) | 6.500 | 117.00 |

|  |  |
|---|---|
| Subtotal | 117.00 |
| Sales Tax | 8.19 |
| **TOTAL** | 125.19 |

**YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.**

**PLEASE PAY UPON RECEIPT
OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



# NIGHTOWL
DOCUMENT MANAGEMENT SERVICES

**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
05-166697
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| MEA1001 | Shwann 53144-18 | 05-11148 |
| Sales Rep ID | Customer Contact | Order Date |
| TMP | Sylvia | 11/30/05 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 11,536.0 | Heavy Litigation | 0.180 | 2,076.48 |
| 98.0 | Litigation 11x17 | 0.300 | 29.40 |
| 104.0 | Oversize-Sq. Ft. | 1.000 | 104.00 |

| | |
|---|---|
| Subtotal | 2,209.88 |
| Sales Tax | 154.69 |
| **TOTAL** | 2,364.57 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED.  THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS.  ALL INVOICES ARE DUE UPON RECEIPT.  INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS.  CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT
OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
05-166696
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **53144-18** | **05-11186/PO8925** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/30/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2.0 | Duplication VHS to DVD | 125.000 | 250.00 |
| 2.0 | DVD Copy | 25.000 | 50.00 |

| | |
|---|---|
| Subtotal | 300.00 |
| Sales Tax | 21.00 |
| **TOTAL** | 321.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier – A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
**05-166687**
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **Schwan Color Mounts** | **05-11183/PO8923** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/30/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4.0 | **Color Mounts** | **12.000** | **48.00** |

|  | |
|---|---|
| Subtotal | 48.00 |
| Sales Tax | 3.36 |
| **TOTAL** | 51.36 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**PLEASE PAY FROM THIS INVOICE**

Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
Meagher & Geer
33 S. 6th St., Suite 4200
Attn: Beth Cloutier – A/P
Minneapolis, MN 55402

# Invoice

Invoice
05-166695
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| MEAI001 | Video | 05-11184/PO8922 |
| Sales Rep ID | Customer Contact | Order Date |
| TMP | Ann Printz | 11/30/05 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2.0 | VHS Duplication | 24.000 | 48.00 |

| | | |
|---|---|---|
| Subtotal | | 48.00 |
| Sales Tax | | 3.36 |
| **TOTAL** | | 51.36 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _12-8-05_    53144-18

EXHIBIT
G



**MEAGHER & GEER** P.L.L.P.
ATTORNEYS · AT · LAW

33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 371-1313
Internet SNAIM@meagher.com

November 29, 2005

Mr. Brian Sattler
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:   SIG Pack, Inc., Doboy Division vs.
      Schwan's Sales Enterprises, Inc.
      Our File No.:        53144-18

Dear Mr. Sattler:

Enclosed please find three invoices from Night Owl Document Management Services in the amounts of $1,237.16, $41.73 and $87.31 for the cost of copying over 500 trial exhibits and six oversized demonstrative exhibits to be used at trial. Please pay $1,366.20 directly to Night Owl Document Management Services at your earliest opportunity. Thank you.

Very truly yours,

Sylvia R. Naim
Paralegal to Chad J. Stepan

SRN/bab/1282349

Enclosures

**EXHIBIT**
tabbies
H



DOCUMENT MANAGEMENT SERVICES

**PLEASE PAY FROM THIS INVOICE**

Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

**Sold To:**
Meagher & Geer
4200 Multifoods Tower
33 South 6th Street
Minneapolis, MN 55402

# Invoice

Invoice
05-166466
Page:
1

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| MEA1001 | 53144-18 | 05-11052 |
| Sales Rep ID | Customer Contact | Order Date |
| TMP | Sylvia | 11/11/05 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4,494.0 | Heavy Litigation | 0.180 | 808.92 |
| 73.0 | B/W Litigation 11x17 | 0.300 | 21.90 |
| 83.0 | B/W Oversize-Sq. Ft. | 0.950 | 78.85 |
| 49.0 | Color Copies- 8.5x11 | 0.950 | 46.55 |
| 400.0 | Folders-Manilla-Letter | 0.500 | 200.00 |

| | |
|---|---|
| Subtotal | 1,156.22 |
| Sales Tax | 80.94 |
| **TOTAL** | **1,237.16** |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____   DATE: _____



**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
**05-166615**
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| **MEA1001** | **53144-18** | **05-11145/PO8903** |
| Sales Rep ID | Customer Contact | Order Date |
| **TMP** | **Sylvia** | **11/22/05** |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 6.0 | B/W Blowup & Mount (per sq ft) | 6.500 | 39.00 |

|  |  |
|---|---|
| Subtotal | 39.00 |
| Sales Tax | 2.73 |
| **TOTAL** | 41.73 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS
BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS
INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE
RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE
CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL
FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT
OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



**PLEASE PAY FROM THIS INVOICE**
Remit To:
NightOwl Document Management Services
724 North First Street
Minneapolis, MN 55401
Phone (612) 337-0448
Tax ID# 41-1690135

Sold To:
**Meagher & Geer**
**33 S. 6th St., Suite 4200**
**Attn: Beth Cloutier - A/P**
**Minneapolis, MN 55402**

# Invoice

Invoice
**05-166628**
Page:
**1**

| Customer ID | Client Matter Number | Job Number |
|---|---|---|
| MEA1001 | 53144-18 | 05-11162 |
| Sales Rep ID | Customer Contact | Order Date |
| TMP | Sylvia | 11/23/05 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 756.0 | Blowbacks-Slip Sheeted | 0.100 | 75.60 |
| 2.0 | Binding-Spiral | 3.000 | 6.00 |

| | |
|---|---|
| Subtotal | 81.60 |
| Sales Tax | 5.71 |
| **TOTAL** | 87.31 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED AS THE RESULT OF THE COLLECTION OF PAST DUE ACCOUNTS.

**PLEASE PAY UPON RECEIPT OF THIS INVOICE**

RECEIVED BY: _____    DATE: _____



33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 371-1326
EMAIL: aprintz@meagher.com

November 14, 2005

Brian Sattler, Esq.
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:    SIG Pack, Inc., Doboy Division vs. Schwan's Sales Enterprises, Inc.
       Our File No.:       53144-18

Dear Mr. Sattler:

Enclosed please find Invoice 00023303 from K & B Copy Group, Inc. in the amount of $5,122.20 for payment. Please place this in line for payment and forward to K & B Copy Group, Inc. at your earliest convenience.

Thank you.

Sincerely,

Ann M. Printz
Paralegal

AMP:jab/1277840

Enclosure

**EXHIBIT**

tabbies®    I

ARIZONA  8800 NORTH GAINEY CENTER DRIVE, SUITE 261, SCOTTSDALE, ARIZONA 85258  (480) 607-9719
NEVADA  IN AFFILIATION WITH MEAGHER & KRAVITZ LLC, 1389 GALLERIA DRIVE, SUITE 200, HENDERSON, NEVADA 89014  (702) 943-0001

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice : 00023303

**Bill To:**
Meagher & Geer, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Meagher & Geer, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Attn: Ann Printz
Job Number: 11-083

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Grant Mixdorf | 53144-18 | 11/20/2005 | Free | 11/10/2005 | 11/10/2005 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 35,460 | 03 | Medium Litigation Copies | $0.135 | each | | $4,787.10 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $4,787.10 |
| Freight | $0.00 |
| Sales Tax | $335.10 |
| Total | $5,122.20 |
| Paid | $0.00 |
| Balance Due | $5,122.20 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____                    Date: 11-10-05



33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 371-1326
EMAIL: aprintz@meagher.com

November 4, 2005

Brian Sattler, Esq.
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN  56258

Re:    SIG Pack, Inc., Doboy Division vs. Schwan's Sales Enterprises, Inc.
       Our File No.:        53144-18

Dear Mr. Sattler:

Enclosed please find Invoice 00023155 from K & B Copy Group, Inc. in the amount of $904.05 for payment.  Please place this in line for payment and forward to K & B Copy Group, Inc. at your earliest convenience.

Thank you.

Sincerely,

Ann M. Printz
Paralegal

AMP:jab/1274709

Enclosure

**EXHIBIT**

J

ARIZONA  8800 NORTH GAINEY CENTER DRIVE, SUITE 261, SCOTTSDALE, ARIZONA 85258  (480) 607-9719
NEVADA  IN AFFILIATION WITH MEAGHER & KRAVITZ LLC, 1389 GALLERIA DRIVE, SUITE 200, HENDERSON, NEVADA 89014  (702) 943-0001

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

**Inv. #: 00023155**

**Bill To:**
Meagher & Geer, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Meagher & Geer, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Attn: Ann P
Job Number: 11-008

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Al Freeman | 53144-18 | 11/12/2005 | Free | 11/2/2005 | 11/2/2005 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 6,027 | 04 | Heavy Litigation Copies | $0.15 | each | | $904.05 | X |

PAY from this INVOICE

Thank you!

| | |
|---|---|
| Sale Amount | $904.05 |
| Freight | $0.00 |
| Sales Tax | $63.28 |
| Total | $967.33 |
| Paid | $0.00 |
| Balance Due | $967.33 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _Ylija Bittshaya_          Date: _11-22-05_





33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

DIRECT DIAL: (612) 337-9646
Internet CSTEPAN@meagher.com

August 9, 2004

Mr. Brian Sattler
Schwan's Sales Enterprises, Inc.
115 West College Drive
Marshall, MN 56258

Re:    Schwan's Sales Enterprises, Inc. v. SIG Packing, Inc. (DoBoy Division)
       Our File No. 53144-18

Dear Mr. Sattler:

Enclosed please find a statement from Robert G. Schiefelbein in the amount of $400 in connection with the mediation of the above matter. Please pay him directly. Thank you.

Very truly yours,


Chad J. Stepan

CJS/bjo/1152085

Enc.



# Robert G. Schiefelbein

Trials   Mediation   Arbitration

10125 Juniper Lane
Eden Prairie, MN 55347

Phone: (952) 944-1618
Fax: (952) 944-1623

**Tax ID** ████████

REC'D AUG 06 2004

SIG Pack, Inc. - Doboy Division
vs
Schwan's Sales Enterprises, Inc.

## Statement for Services

Review confidential mediation statement with enclosures from the following counsel:

- James F. Mewborn, Esq.

- Michael D. Hutchens, Esq. and Chad J. Stepan, Esq.

- Geoffrey P. Jarpe, Esq.

Conduct mediation July 22, 2004.

████████████

Total statement            $1200.00
Each party pays one-third   $ 400.00

WILLMAR, BRAINERD, ALEXANDRIA, FERGUS FALLS & MINNEAPOLIS

*Huber Court Reporting*

REGISTERED PROFESSIONAL REPORTERS

JONNA J. SCHRUPP

204 WILSON AVENUE N.E.
ST. CLOUD, MN 56304

(320) 259-0824
1-800-247-1343
FAX (320) 259-1542

EXHIBIT

L