GREENE ESPEL

ATTORNEYS & COUNSELORS

JOHN E. SIMONETT
DIRECT DIAL NO. (612) 373-8359
JES@GR-ESPEL.COM

53144-18
RECEIVED
JAN 18 2001
MEAGHER & GEER

January 17, 2001

**Via U.S. Mail**

Geoffrey Jarpe, Esq.
Maun & Simon
801 Nicollet Mall, #2000
Minneapolis, MN 55402-2534

Mark J. Heley, Esq.
Meagher & Geer
33 S. Sixth Street, #4200
Minneapolis, MN 55402-3788

Re: *SIG Pack, Inc. and Doboy Manufacturing v. Schwan, Inc.*
Our File No. 2158-0100

Dear Messrs. Jarpe and Heley:

Enclosed for each of you is a copy of my invoice for services rendered in the above-referenced mediation.

Thank you.

Very truly yours,

John Simonett/smh
John E. Simonett

JES/smh
Enc.

333 SOUTH 7TH STREET / SUITE 1700 / MINNEAPOLIS, MN 55402
612-373-0830 / FAX 612-373-0929 / E-MAIL DIR@GR-ESPEL.MSPHUB.COM
PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

EXHIBIT
M

Greene Espel, P.L.L.P.
333 South 7th Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830
Fed. Tax ID: 41-1745818

Split File #: 2158-100A

Bill Date: January 5, 2001
Statement #: 16764
File #: 2158- 0100

Geoffrey Jarpe, Esq.
Maun & Simon
801 Nicollet Mall, #2000
Minneapolis, MN 55402-2534

Client: Mediation - John E. Simonett

Split File #: 2158-100B

Mark J. Heley, Esq.
Meagher & Geer
33 South 6th Street, #4200
Minneapolis, MN 55402-3788

Matter: SIG Pack, Inc. and Doboy Manufacturing v. Schwan, Inc.

PRIOR ACCOUNT BALANCE

| | |
|---|---|
| Per Previous Statement Balance: | $0.00 |
| Less Cash Receipts and/or Adjustments: | |
| Less Total Payments/Adjustments received | $0.00 |
| Net Previous Balance: | $0.00 |

SERVICES RENDERED AND DISBURSEMENTS INCURRED THROUGH DECEMBER 31, 2000

PROFESSIONAL SERVICES

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/2000 | JES | Study of confidential submissions and pertinent case law; mediation session. | 4.80 | $1,152.00 |
| | | **Current Hours and Fees:** | **4.80** | **$1,152.00** |

**ATTORNEY FEE SUMMARY**

| Timekeeper | Initials | Rate | Hours | Value |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Simonett, John E. | JES | 240 | 4.80 | 1,152.00 |
| | | **TOTAL** | **4.80** | **$1,152.00** |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE:** | **$1,152.00** |
| **PREVIOUS BALANCE:** | **$0.00** |
| **TOTAL:** | **$1,152.00** |

| MATTER SPLIT | PRORATA SHARE | PREVIOUS BALANCE | TOTAL DUE |
|---|---|---|---|
| **2158-100A/** | **$576.00** | **$0.00** | **$576.00** |
| **2158-100B/** | **$576.00** | **$0.00** | **$576.00** |

# REQUEST FOR CHECK

Date April 5, 2001

File No. 53144-18

Case Of Schwan's - DoBoy SIG Packaging

Payable To Greene Espel, P.L.L.P.

Amount $ 576.00

Payable For MEDIATION FEE

Requested By MJH:cms

875709.1

EXHIBIT

tabbies

N

(612)373-0830

Greene Espel, P.L.L.P.
ATTORNEYS AT LAW
333 South Seventh Street, Suite 1700
Minneapolis, Minnesota 55402

Fed. ID #41-1745818

Mark J. Heley, Esq.
Meagher & Geer
33 South 6th Street, #4200
Minneapolis, MN 55402-3788

**Invoice #** 17278
**March 6, 2001**

| | |
|---|---|
| Previous Balance: | $576.00 |
| Less Payments Received: | $0.00 |
| Less Adjustments Applied: | $0.00 |
| Net Previous Balance: | $576.00 |

In the matter of: SIG Pack, Inc. and Doboy Manufacturing v. Schwan, Inc.
Our file number: 2158 100B JES

*This invoice contains charges through February 28, 2001*

---

## Matter Account Summary:

| | |
|---|---|
| ***Net total of this invoice*** | ***$0.00*** |
| Balance forward | $576.00 |
| ***Please pay this amount*** | ***$576.00*** |

| 1 to 30 Days | 31 - 60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $576.00 | $0.00 | $0.00 | $0.00 |

# REQUEST FOR CHECK

**File No.** 53144-18

**Case Of:** DoBoy SIG Pack v Schwan's

**Payable To:** Huber Court Reporting

**Amount:** $861.35

**Payable For:** court reporting of Michael Christensen - Vol II

**Date:** March 25, 2003

**Requested By:** MJH:cms

1034115

EXHIBIT

tabbies

O

**HUBER COURT REPORTING**

204 WILSON AVENUE NE
ST. CLOUD, MN 56304

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/22/02 | 14567 |

| BILL TO |
|---|
| MARK J. HELEY, ESQ.<br>MEAGHER & GEER, PLLP<br>4200 MULTIFOODS TOWER<br>33 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55402 |

53144-18

RECEIVED

MAR 10 2003

MEAGHER & GEER

| TERMS |
|---|
| NET 30 DAYS |

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12/02 | RE: SIG PACK, INC., DOBOY DIVISION<br>VS.<br>SCHWAN'S SALES ENTERPRISES, INC.<br><br>DEPOSITION OF MICHAEL CHRISTENSEN - VOLUME II<br>TAKEN IN MINNEAPOLIS, MINNESOTA<br>ORIGINAL AND COPY<br><br>**PAST DUE** | 861.35 |
| | **Total** | $861.35 |

HUBER COURT REPORTING (320) 259-0824

FEDERAL TAX ID # 41-1597512

# METRO LEGAL SERVICES

**Legal Support Specialists Since 1969**

**Invoice 444882** accounting

**Invoice Date 10/25/02** 10/29

Page 1

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Barbara
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| MEAGEM | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date | |
|---|---|---|---|
| 53144-18 | DD | 10/23/02 | |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 03 | CR101 | Courier Service - 1 Hour Rate<br>James Mewborn, Mpls. | 7.00 |
| 03 | CR101 | Courier Service - 1 Hour Rate<br>Geoffrey Jarpe, Mpls. | 7.00 |
| 05 | CF3A | Court Filing Service - 3 Hour Rate<br>Jonathan Lebedoff, Hennepin Cnty, Mpls. | 8.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 22.00 |

**Remittance Stub**

Barbara
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-

**Invoice 444882**
**Invoice Date 10/25/02**
**Customer MEAGEM**
Billing Ref 53144-18

***METRO LEGAL SERVICES***
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice**

Terms: Net 30 Days

**EXHIBIT**
tabbies
P

# METRO LEGAL SERVICES

Legal Support Specialists Since 1969

**Invoice 477060**

**Invoice Date 01/03/03**

Sent to accounting 1/14/03

Page 1

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Leanne
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| MEAGEM | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date |
|---|---|---|
| 53144.18 | TL | 12/27/02 |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 01 | LP4A | Legal Process Service - 48 Hour Rate<br>Geoffrey Jarpe, 12/27<br>Mpls. | 13.00 |
| 01 | LP4A | Legal Process Service - 48 Hour Rate<br>James Mewborn, 12/27<br>Mpls. | 13.00 |
| 06 | CFBA | Court Filing Service<br>USDC, St. Paul | 7.00 |
| 04 | CRB06 | Courier Service | 8.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 41.00 |

**Remittance Stub**

Leanne
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-

**Invoice 477060**
**Invoice Date 01/03/03**
**Customer MEAGEM**
Billing Ref 53144.18

*METRO LEGAL SERVICES*
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice 41.00**

Terms: Net 30 Days

# METRO LEGAL SERVICES

Legal Support Specialists Since 1969

**Invoice 507108**

**Invoice Date 03/04/03**

Page 1

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

RECEIVED
MAR 05 2003
MEAGHER & GEER

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Carla Stevenson
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| MEAGEM | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date |
|---|---|---|
| 53144-18 | JS | 03/03/03 |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 05 | CF1A | Court Filing Service - 1 Hour Rate<br>United States Dist. Ct., St. Paul | 10.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 10.00 |

**Remittance Stub**

Carla Stevenson
Meagher, Geer, et al.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

**Invoice 507108**
**Invoice Date 03/04/03**
**Customer MEAGEM**
Billing Ref 53144-18

*METRO LEGAL SERVICES*
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice 10.00**

Terms: Net 30 Days

SEBESTA BLOMBERG
Providing Technical & Business Solutions

# Facsimile Transmittal

**Date:** 12/27/05

**Pages:** 6 *(Including cover sheet)*

**To:** SYLVIA NAIM

**Fax No.:** 612-877-3096

**From:** JOHN REMMEN

**Ph No.:** 651-634-7358

**Sebesta Blomberg Project No.:**

**Subject:** SCHWAN'S MATTER INVOICES 2002

**Remarks:**

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. IF PROBLEMS CALL 651-634-0775.

SEBESTA BLOMBERG AND ASSOCIATES, INC.
2381 Rosegate ♦ Roseville, MN 55113 ♦ Phone: 651-634-0775 ♦ Fax: 651-634-7400

EXHIBIT
Q

REMITTANCE ADDRESS
Sebesta Blomberg
SBA-1401
P.O. Box 1683
ıcapolis, Minnesota 55480-1683

SEBESTA BLOMBERG
Providing Technical & Business Solutions

# INVOICE

February 6, 2002
Invoice No: 100014384
Project No: 540711
Page 1

**Meagher & Geer, PLLP**
4299 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
Attention: Mark Heley

Invoice originally sent to wrong address – Corrected went out on 3/27/02

Re: Schwan's vs. Doboy

For professional services rendered for the period December 29, 2001 to January 25, 2002

**Fee Charges**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Phase 540711-02 - Packaging | | | |
| Jorn S Remmem | 2.50 | 112.74 | 281.85 |
| Thomas J Rian | 53.00 | 130.62 | 6,922.86 |
| Total for Phase 540711-02 - Packaging | 55.50 | | 7,204.71 |
| **Total for Fee Charges** | | | **7,204.71** |

**Reimbursables**

| Description | Amount |
|---|---|
| Phase 540711-REIMB - Reimbursables | |
| Thomas J Rian | |
| Auto Mileage | 6.80 |
| Meals | 6.16 |
| Parking | 11.75 |
| Total for Phase 540711-REIMB - Reimbursables | 24.71 |
| **Total for Reimbursables** | **24.71** |

| | |
|---|---|
| **Invoice Total** | **7,229.42** |

Meagher & Geer, PLLP
gher & Geer PLLP /Mpls/Schwan's vs. Doboy

Invoice No.: 100014384
Project Path: 540711

Approved by:

Thomas J. Rian,
Sebesta Blomberg & Associates, Inc.

SEBESTA BLOMBERG
Providing Technical & Business Solutions

REMITTANCE ADDRESS
Sebesta Blomberg
SBA-1401
P.O. Box 1683
Minneapolis, Minnesota 55480-1683

# INVOICE

March 21, 2002
Invoice No: 100014591
Project No: 540711
Page 1

Meagher & Geer, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
Attention: Mark Heley

corrected address 3/27/02

Re: Schwan's vs. Doboy

For professional services rendered for the period January 26, 2002 to March 1, 2002

**Fee Charges**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Phase 540711-02 - Packaging | | | |
| Christina L Schlumbohm | 2.00 | 47.04 | 94.08 |
| John P Hebert | 2.00 | 113.63 | 227.26 |
| Thomas J Rian | 25.50 | 134.27 | 3,423.89 |
| Total for Phase 540711-02 - Packaging | 29.50 | | 3,745.23 |
| **Total for Fee Charges** | | | **3,745.23** |

**Reimbursables**

| Description | Amount |
|---|---|
| Phase 540711-REIMB - Reimbursables | |
| Albinson | |
| Outside Printing | 27.05 |
| On Time Delivery Service | |
| Postage & Delivery | 44.65 |
| Total for Phase 540711-REIMB - Reimbursables | 71.70 |
| **Total for Reimbursables** | **71.70** |

| | |
|---|---|
| **Invoice Total** | **3,816.93** |

**Meagher & Geer, PLLP**
agher & Geer PLLP /Mpls/Schwan's vs. Doboy

Invoice No.: 100014591
Project Path: 540711

Approved by:

Thomas J. Rian,
Sebesta Blomberg & Associates, Inc.

REMITTANCE ADDRESS
Sebesta Blomberg
SBA-1401
P.O. Box 1683
Minneapolis, Minnesota 55480-1683

SEBESTA BLOMBERG
Providing Technical & Business Solutions

# INVOICE

April 8, 2002
Invoice No: 100014674
Project No: 540711
Page 1

**Meagher & Geer, PLLP**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
Attention: Mark Heley

Re: Schwan's vs. Doboy

For professional services rendered for the period March 2, 2002 to March 29, 2002

**Reimbursables**

| Description | Amount |
|---|---|
| Phase 540711-REIMB - Reimbursables | |
| Albinson | |
| Outside Printing | 49.26 |
| Total for Phase 540711-REIMB - Reimbursables | 49.26 |
| **Total for Reimbursables** | **49.26** |
| **Invoice Total** | **49.26** |

Approved by:

Thomas J. Rian,
Sebesta Blomberg & Associates, Inc.

REMITTANCE ADDRESS
Sebesta Blomberg
SBA-1401
P.O. Box 1683
Minneapolis, Minnesota 55480-1683

SEBESTA BLOMBERG
Providing Technical & Business Solutions

# INVOICE

December 16, 2005
Invoice No: 950001882
Project No: 540712
Page 1

**Meagher & Geer, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402-3788
Attention: Chad Stepan

Re: Schwan's vs. Doboy Preperation and Trial Testimony

For professional services rendered through December 9, 2005

**Fee Charges**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Project 540712 - Schwan's vs. Doboy Preperation and Trial Testimony | | | |
| Jorn S Remmem | 50.00 | 150.00 | 7,500.00 |
| Jorn S Remmem | 2.00 | 300.00 | 600.00 |
| Total for Project 540712 - Schwan's vs. Doboy Preperation and Trial Testimony | 52.00 | | 8,100.00 |
| **Total for Fee Charges** | | | **8,100.00** |

**Reimbursables**

| Description | Amount |
|---|---|
| Project 540712 - Schwan's vs. Doboy Preperation and Trial Testimony | |
| Jorn S Remmem | |
| Parking | 33.00 |
| On Time Delivery Service | |
| Postage & Delivery | 51.13 |
| Total for Project 540712 - Schwan's vs. Doboy Preperation and Trial Testimony | 84.13 |
| **Total for Reimbursables** | **84.13** |

**Invoice Total** **8,184.13**

EXHIBIT
tabbies
R

**Meagher & Geer, PLLP**
Schwan's_Meagher -Geer/Mpls. vs. Doboy Prep & Testimony

Invoice No.: 950001882
Project Path: 540712

Approved by:

Jorn S. Remmem,
Sebesta Blomberg & Associates, Inc.

REMITTANCE ADDRESS
Sebesta Blomberg
SBA-1401
P.O. Box 1683
Minneapolis, Minnesota 55480-1683

SEBESTA BLOMBERG
Providing Technical & Business Solutions

# INVOICE

December 16, 2005
Invoice No: 950001880
Project No: 540713
Page 1

**Meagher & Geer, PLLP**
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402-3788
Attention: Chad Stepan

Re: Schwan's vs. Doboy Illustration and Animation

For professional services rendered for the period November 4, 2005 to November 25, 2005

**Fee Charges**

| Description | Contract Amount | % to Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| 540713 - Schwan's vs. Doboy Illustration and Animation | 8,200.00 | 100.00 | 8,200.00 | 0.00 | 8,200.00 |

**Invoice Total** **8,200.00**

Approved by:

Jorn S. Remmem,
Sebesta Blomberg & Associates, Inc.

# FACSIMILE TRANSMISSION

**Date:** **December 23, 2005**

**To:** **Attn: Sylvia**
Meagher & Geer, P.L.L.P.
Facsimile: (612) 877-3096

**From:** **Lorna Beukelman**
Cobb & Associates, Ltd.
3710 IDS Center
Minneapolis, Minnesota 55402
Telephone: (612) 373-2086
Facsimile: (612) 337-5458

**Number of pages (including cover page):** ~~4~~ 5

**If you have not received all of the pages or if pages are not legible, please call (612) 373-2086**

Please see attached.

**************************************************************************************
THE INFORMATION CONTAINED IN THIS FACSIMILE IS INTENDED ONLY FOR THE CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERY TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY READING, DISSEMINATION, DISTRIBUTION OR COPYING OF THE INCLUDED PAGES IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.
**************************************************************************************

EXHIBIT
tabbies
S

**COBB & ASSOCIATES, LTD.**
PROFESSIONAL CORPORATION
4010 IDS Center
Minneapolis, MN 55402
612.337.5454 FAX 612.337.5458

March 15, 2002

Mr. Thomas E. Propson
Meagher & Geer P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

Regarding: SIG Pak, Inc. v. Schwann's Sales Enterprises

Professional fees and expenses from February 1 through February 28, 2002 related to assistance with the above action.

| | | |
|---|---|---|
| Professional Fees | | $ 2,115 |
| Expenses | | 120 |
| | Amount Incurred | 2,235 |
| Outstanding Invoice of March 1, 2002 | | 7,795 |
| | Amount Due | $ 10,030 |

Please Remit to Cobb & Associates, Ltd.
4010 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402

Federal I.D. Number 41-1779714

**COBB & ASSOCIATES, LTD.**
PROFESSIONAL CORPORATION
4010 IDS Center
Minneapolis, MN 55402
612.337.5454 FAX 612.337.5458

March 1, 2002

Mr. Thomas E. Propson
Meagher & Geer P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

Regarding: SIG Pak, Inc. v. Schwann's Sales Enterprises

Professional fees and expenses from January 1 through January 31, 2002 related to assistance with the above action.

| | | |
|---|---|---|
| Professional Fees | | $ 7,285 |
| Expenses | | 510 |
| | Amount Due | $ 7,795 |

Please Remit to Cobb & Associates, Ltd.
4010 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402

Federal I.D. Number 41-1779714

- Reading and preliminary analysis of industry information;
- Calculation of damages; and
- Preparation of the Expert Report of Arthur H. Cobb and Lorna J. Beukelman, dated February 7, 2002.

| | | |
|---|---|---|
| Professional Fees | | $ 9,400 |
| Expenses | | 630 |
| | Amount Due | $ 10,030 |

| January | AHC | LJB | LRG | Total |
|---|---|---|---|---|
| 2 | - | 1 | - | 1 |
| 3 | - | 2 | - | 2 |
| 4 | 1 | 1 | 1 | 3 |
| 15 | - | 2 | - | 2 |
| 16 | - | 1 | - | 1 |
| 18 | - | 1 | - | 1 |
| 22 | - | 1 | - | 1 |
| 24 | - | 4 | - | 4 |
| 28 | - | 4 | - | 4 |
| 29 | - | 4 | - | 4 |
| 30 | - | 5 | - | 5 |
| 31 | - | 6 | - | 6 |
| | 1 | 32 | 1 | 34 |
| **February** | | | | |
| 1 | 3 | 4 | - | 7 |
| 7 | - | 1 | - | 1 |
| | 3 | 5 | - | 8 |
| Total | 4 | 37 | 1 | 42 |

Please Remit to Cobb & Associates, Ltd.
4010 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402

Federal I.D. Number 41-1779714

COBB & ASSOCIATES, Ltd.
3710 IDS Center
Minneapolis, Minnesota 55402
612-337-5454 Fax 612-337-5458

December 15, 2005

Mr. Chad J. Stepan
Meagher & Geer, P.L.L.P.
4200 Multifoods
33 South Sixth Street
Minneapolis, Minnesota 55402

Regarding: SIG Pak, Inc. v. Schwan's Sales Enterprises

Professional fees and expenses from November 1 through December 15, 2005 related to assistance with the above action.

- Discussions with representatives of Meagher & Geer P.L.L.P.;
- Reading and analysis of downtime and production records of Schwan's Sales Enterprises;
- Preliminary analysis of the Supplemental Expert Report of Robert A. Mayo;
- Preliminary analysis of Delta throughput records;
- Reading the deposition transcripts of Todd Jones, Kyle Graven, Randy Ingolia and Tucker Corcoran;
- Preparation for trial testimony;
- Trial testimony; and
- Evaluation for rebuttal of the trial testimony of Robert A. Mayo.

EXHIBIT
tabbies
V

| Hours | AHC | LJB | TRD |
|---|---|---|---|
| November | | | |
| 1 | - | 1 | 1 |
| 3 | 2 | 1 | - |
| 4 | 1 | 2 | - |
| 7 | 1 | 2 | 3 |
| 8 | - | 2 | - |
| 9 | - | 1 | 2 |
| 10 | - | 2 | 4 |
| 11 | 1 | 5 | 6 |
| 13 | - | 1 | - |
| 14 | - | 1 | - |
| 28 | 3 | 4 | - |
| 29 | 2 | 2 | - |
| 30 | 4 | 4 | - |
| Subtotal | 14 | 28 | 16 |
| December | | | |
| 1 | 6 | 4 | - |
| 2 | 1 | - | - |
| 5 | 1 | - | - |
| 7 | 4 | 4 | - |
| Subtotal | 12 | 8 | - |
| Total | 26 | 36 | 16 |

| | | |
|---|---|---|
| Professional Fees | | $ 19,990 |
| Expenses | | 1,194 |
| | Amount Due | $ 21,184 |

Please Remit to Cobb & Associates, Ltd.
3710 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402

Federal I.D. Number 41-1779714

THE DENNIS GROUP, LLC

PLANNING ▲ ENGINEERING ▲ CONSTRUCTION MANAGEMENT

ORIGINAL

# INVOICE

| | |
|---|---|
| Date | December 21, 2005 |
| Invoice Number | 207702 |
| Terms | NET 15 |
| Project Name | Schwan's/Doboy Deposition-MN |
| Our Project Number | F-2077 |
| Your Purchase Order Amount | |
| Period Ending | December 9, 2005 |

Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Attn: Chad Stepan

**Description of Services:**
*Preparation of testimony, reviewing historical documentation, and testifying in court as Schwan's witness.*

| | | |
|---|---|---|
| PROFESSIONAL SERVICES | See Attached | $1,900.00 |
| EXPENSES | See Attached | $1,802.45 |
| REIMBURSABLE PROJECT SUPPORT COSTS (7.0% of above) | | $259.17 |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$3,961.62** |
| Amount Outstanding | $0.00 |
| Accrued Interest on Past Due Amount | $0.00 |
| TOTAL DUE | $3,961.62 |

**- THANK YOU -**
We Appreciate Your Business
We will include a finance charge of 1% per month on all balances over 30 days

380 Stevens Avenue, Suite 215
Solana Beach, California 92075
858·847·9633 ▲ FAX 858·847·9634

1391 Main Street
Springfield, Massachusetts 01103
413·787·1785 ▲ FAX 413·787·1786

136 South Main Street
Salt Lake City, Utah 841
801·531·8585 ▲ FAX 801·531

EXHIBIT
tabbies

Schwan's/Doboy Deposition-MN
F-2077

# DENNIS GROUP
## MAN-HOUR SUMMARY
## DECEMBER

| Name | Job Description | 11/25/05 | 12/02/05 | 12/09/05 | 12/16/05 | Total Manhours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | Week Ending | | | | | | |
| Graves T. | Project Manager | 1 | 19 | 0 | 0 | 20 | $95.00 | $1,900.00 |
| | **Totals:** | **1** | **19** | **0** | **0** | **20** | | **$1,900.00** |

Schwan's/Doboy Deposition-MN
F-2077

# PROJECT EXPENSES

| Trip Date | Name | Itinerary | Airline Fares | Car Rentals | Meals | Lodging | Parking, Tolls & Mileage | Miscellaneous | Misc. Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/05 | Anthony Graves | 12/01/05-12/02/05 Mechanicsburg>Minneapolis>Springfield | $1,487.41 | $0.00 | $41.08 | $213.58 | $19.30 | Taxi and train fare | $41.08 | $1,802.4[illegible] |
| | | **Totals:** | $1,487.41 | $0.00 | $41.08 | $213.58 | $19.30 | | $41.08 | $1,802.4[illegible] |

Creative Culinary Consulting, Inc.

3544 Lake Ridge Drive
Gainesville, GA 30506

# Invoice

| Date | Invoice # |
|---|---|
| 12/27/2005 | 00012 |

RECD JAN 03 2006

| Bill To |
|---|
| Meagher & Geer PLLP<br>33 S 6th Street<br>Suite 4400<br>Minneapolis, MN 55402<br><br>ATT: CHAD J. STEPAN |

TAX ID NUMBER 20161554

| Description | Amount |
|---|---|
| Two day fee for testimony of Guy S. Hinton (The Schwan Food Company vs Doboy) | 2,000.00 |
| Hotel | 0.00 |
| Flight | 0.00 |
| Transportation (Taxi) | 65.00 |
| Meals | 14.43 |
| Mileage to and from airport | 89.10 |
| Airport Parking | 16.00 |

Attached are all receipts for expenses.

**Total** $2,184.53

Marriott
MINNEAPOLIS
CITY CENTER

For questions regarding this folio, please call Marriott Business Services toll-free 1-866-435-7627.

30 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349 4000
Marriott.com/MSPCC

GUEST FOLIO

1820 HINTON/GUY
ROOM NAME
NSDB
TYPE
8

189.00 RATE
12/01/05 DEPART 12:00 TIME
11/30/05 ARRIVE 17:01 TIME
3262 ACCT#

ROOM CLERK ADDRESS PAYMENT MR#: XXXXX9169

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 11/30 | ROOM-TR | 1820, 1 | 189.00 | | |
| 11/30 | STATE TX | 1820, 1 | 12.29 | | |
| 11/30 | LOCAL TX | 1820, 1 | 12.29 | | |
| 12/01 | BK CARD | | | 213.58 | |

TO BE SETTLED TO: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------
11/30 ROOM&TAX 213.58

Customize Your Stay at Marriott!
Please help us serve you better by updating your profile on MarriottRewards.com. Simply sign in to access your online account information or click on "Create Account" to create an online account.

MARRIOTT REWARDS ACCOUNT # XXXXX9169
DATE 11/30/05 - 12/01/05 REVENUE IF APPLICABLE 189.00
BASE POINTS EARNED: 1890 ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

Marriott
MINNEAPOLIS
CITY CENTER

30 South Seventh Street
Minneapolis, Minnesota 55402
(612) 349 4000
Marriott.com/MSPCC

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/03

Signature X ______________________

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290

HMSHost RVC #476
SBARRO
MSP AIRPORT

4667 Messeret

4400 DEC01'05 3:20PM

| | |
|---|---|
| 1 SODA FOUNT-21OZ | 1.79 |
| Subtotal | 1.79 |
| Tax | 0.12 |
| Amt Paid | 1.91 |
| Cash | 10.00 |
| Change Due | 8.09 |

THANK YOU

Your order number is: 4400

[illegible]

**Airport Connect Taxi**
**612-362-8888**

Amount 30 00 Date 12/1/05
From Guy S. Hinton/ Marriott
To MSP AIRPORT
Cab# 509 Driver's Name Michael

CALL IN ADVANCE

VANS & SMOKE-FREE VEHICLES

*All Major Credit Cards Accepted*