**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc.,
Plaintiff and Counterclaim
Defendant,

Civil No. 01-CV-263 JNE-AJB

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

**CERTIFICATE OF SERVICE AND FILING**

---

I hereby certify that on March 3, 2006 I filed the following documents electronically with the Clerk of Court through the Court's electronic filing system:

1. Bill of Costs (with Exhibits A-V)
2. This Certificate of Service and Filing.

The Court's ECF system will automatically serve an electronic notice of the filing to the following registered users of ECF:

Paul E. D. Darsow
pedarsow@arthurchapman.com

Geoffrey P. Jarpe
gjarpe@withrop.com

James F. Mewborn
jfmewborn@arthurchapman.com

I further certify that I have mailed the above-listed documents, together with the Notice of Filing for each such document, by first class mail, postage paid, to the following persons who are not registered users of ECF:

John Thomas Chapman
Arthur, Chapman, Kettering, Smetak & Pikala,
P.A.
81 S. 9th Street, Suite 500
Minneapolis, MN 55402-3214

Dated: March 3, 2006

__s/ Chad J. Stepan__________

Chad J. Stepan

Subscribed and sworn to before
me this 3rd day of March, 2006.

_s/ Patti A. Bignall_________
Patti A. Bignall, Notary Public
Hennepin County, Minnesota
My Commission Expires: 01/31/2008

[Notarial Seal]

1310506