# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-1571**

**Schwan's Sales Enterprises, INC.,**

**Appellee**

**v.**

**SIG Pack, INC., Doboy Division,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(CIV 01-263 JNE/AJB)

---

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 09, 2007

CLERK US DIST COURT
MINNEAPOLIS MN

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

SCANNED
FEB 15 2007
U.S. DISTRICT COURT MPLS