**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-1571**

**Schwan's Sales Enterprises, INC.,**

**Appellee**

**v.**

**SIG Pack, INC., Doboy Division,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(CIV 01-263 JNE/AJB)

---

**MANDATE**

In accordance with the opinion and judgment of 02/09/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 02, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit