**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-1571**

**Schwan's Sales Enterprises, INC.,**

**Appellee**

**v.**

**SIG Pack, INC., Doboy Division,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(CIV 01-263 JNE/AJB)

---

**ORDER**

Appellee shall recover from the appellant the sum of Two Hundred Ninety-Five Dollars and Twenty-Six Cents ($295.26) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

March 02, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans