**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Schwan's Sales Enterprises, Inc.,

Plaintiff and
Counterclaim Defendant,

Court File No. 01-SC-263 JNE/AJB

vs.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff.

---

# SATISFACTION OF JUDGMENT

---

I, the undersigned counsel for the judgment creditor Schwan's Sales Enterprise, Inc., hereby certify that the judgment which was entered in this Court in favor of Plaintiff and Counterclaim Defendant Schwan's Sales Enterprises, Inc., is fully satisfied and the Court Administrator shall record the same in the following amounts:

| Date Collected | Total Collected | |
|---|---|---|
| 03/12/07 | $ 97,617.12 | Prejudgment Interest |
| 03/12/07 | $ 4,843.75 | Interest on Prejudgment Interest |
| 03/12/07 | $ 295.26 | Appeal Costs |
| | $102,756.13 | TOTAL |

and the Clerk of the District Court shall record the same.

Creditor or Creditor's Attorney

Subscribed to and sworn to before me
this 16th day of March, 2007

JODI LYNN PARISEAU
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2008