IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Schwan's Sales Enterprises, Inc.,

Plaintiff and
Counterclaim Defendant,

v.

SIG Pack, Inc., Doboy Division,

Defendant and
Counterclaim Plaintiff

**CERTIFICATE OF SERVICE**

Case No.: 01-CV-263 JNE/AJB

I hereby certify that on May 4, 2007, I caused the following documents:

Satisfaction of Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jennifer E. Ampulski
jampulski@meagher.com; czwart@meagher.com

Michael D. Hutchens
mhutchens@meagher.com; boleary@meagher.com; cunger@meagher.com; _____ snaim@meagher.com

Chad J. Stepan
cstepan@meagher.com; boleary@meagher.com

Erica Gutmann Strohl
estroh@meagher.com; tbeck@meagher.com; Uscourtfiling@meagher.com

Geoffrey P. Jarpe
gjarpe@winthrop.com; charrigan@winthrop.com

James F. Killian
james.killian@maslon.com; kimberly.magney@maslon.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: May 4, 1007

s\James F. Mewborn
James F. Mewborn (#72370)
Arthur, Chapman, Kettering,
Smetak & Pikala, P.A.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500
*Attorneys for Defendant and Counterclaim Plaintiff*
*SIG Pack, Inc., Doboy Division*